UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL TESTANI,<br><br>          Plaintiff,<br><br>    v.<br><br>RYAN MCINERNEY, et al.,<br><br>          Defendants. | Case No. 25-cv-02213-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Noel Wise for consideration of whether the case is related to *Cai v. Visa Inc.*, 24-cv-08220-NW.

**IT IS SO ORDERED.**

Dated: March 12, 2025

THOMAS S. HIXSON
United States Magistrate Judge