UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANH HO,<br><br>          Plaintiff,<br><br>    v.<br><br>RYAN MCINERNEY, et al.,<br><br>          Defendants. | Case No. 25-cv-01052-SK<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

      Both parties filed a notice pursuant to Local Rule 3-13 informing the Court that this case is potentially related to 24-cv-08220, *Cai v. Visa Inc., et al.*, with the Hon. Noel Wise presiding. Because 24-cv-08220 is the lowest-numbered case, the Court therefore REFERS this case to Judge Wise and requests that Judge Wise consider whether these cases are related. Civil L.R. 3-12(c).

      **IT IS SO ORDERED**.

Dated: March 14, 2025

_____
SALLIE KIM
United States Magistrate Judge