MARK R.S. FOSTER (SBN 223682)
mark.foster@skadden.com
BONIFACIO C. SISON (SBN 335484)
bonifacio.sison@skadden.com
MADISON M. FLOWERS (SBN 345759)
madison.flowers@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

*Attorneys for Defendants*
*Defendants Visa Inc., Ryan McInerney,*
*Chris Suh, Vasant Prabhu, Alfred F. Kelly, Jr.,*
*Peter Andreski, Oliver Jenkyn, and Jack Forestell*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| BEIBEI CAI, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VISA INC, RYAN MCINERNEY, CHRIS SUH, VASANT PRABHU, ALFRED F. KELLY, JR., PETER ANDRESKI, OLIVER JENKYN, and JACK FORESTELL,<br><br>Defendants. | Case No. 5:24-cv-08220-NW<br><br>**DECLARATION OF MARK R.S. FOSTER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>Date: December 17, 2025<br>Time: 9:00 a.m.<br>Court: Courtroom 3, 5th Floor<br>Judge: Hon. Noël Wise |

I, Mark R.S Foster, hereby declare as follows:

I am an attorney admitted to practice before the courts of the State of California and am a member of the bar of this Court. I am a partner at the law firm Skadden, Arps, Slate, Meagher & Flom LLP, which is counsel of record for Defendants Visa Inc, Ryan McInerney, Chris Suh, Vasant Prabhu, Alfred F. Kelly, Jr., Peter Andreski, Oliver Jenkyn, and Jack Forestell in the above-captioned matter. The information contained in this declaration is based on my own personal knowledge, and if called upon to do so, I could and would testify competently thereto. Pursuant to Civil Local Rules 7-2 and 7-5, I submit this declaration in support of the accompanying Motion to Dismiss the Amended Class Action Complaint (the "Motion").

1. Attached to this declaration as Exhibit 1 is a true and correct copy of Visa's historic closing stock-prices spanning the two-year period from December 20, 2022, through December 30, 2024. This data was obtained from Bloomberg. Charts 1 and 2 in the Motion to Dismiss were prepared using the data in Exhibit 1.

2. Attached to this declaration as Exhibit 2 is a true and correct copy of an investment analyst report titled "Follow-Up: DOJ Files Antitrust Lawsuit Against Visa," published by TD Cowen, a division of TD Securities, on September 25, 2024.

3. Attached to this declaration as Exhibit 3 is a true and correct copy of an investment analyst report titled "Flash: Visa, Inc. (V), V: Additional Thoughts on the DOJ Debit Lawsuit," published by Wolfe Research on September 24, 2024.

4. Attached to this declaration as Exhibit 4 is a true and correct copy of an investment analyst report titled, "Thoughts on DOJ's Complaint Focused on V's US Debit Business," published by Jefferies on September 25, 2024.

5. Attached to this declaration as Exhibit 5 is a true and correct copy of an investment analysis report titled "DoJ Lawsuit: Lower Incentives Would Help Offset Impact of Market Share Losses," published by Barclays on September 26, 2024.

6. Attached to this declaration as Exhibit 6 is a true and correct copy of an investment analyst report titled "Failed To Gain US Debit Market Share Since 1960? Blame Visa," published by Compass Point on September 24, 2024.

7. Attached to this declaration as Exhibit 7 is a true and correct copy of an investment analyst report titled "DOJ Case Likely to Require Time, Unlikely to Have Significant Financial Impact," published by Morgan Stanley on September 25, 2024.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 12, 2025, in Palo Alto, California.

By: _____/s/ Mark R.S. Foster_____
       MARK R.S. FOSTER