# Exhibit 1

Exhibit 1:  Visa Stock Prices December 30, 2022 to December 30, 2024

| Date | Volume | Closing Price |
|---|---|---|
| 12/30/2022 | 4159463 | 207.76 |
| 1/3/2023 | 4202971 | 207.39 |
| 1/4/2023 | 6606249 | 212.61 |
| 1/5/2023 | 5246222 | 211.11 |
| 1/6/2023 | 6829695 | 217.75 |
| 1/9/2023 | 6294533 | 218.6 |
| 1/10/2023 | 10857022 | 221.09 |
| 1/11/2023 | 5408193 | 222.1 |
| 1/12/2023 | 4264404 | 223.62 |
| 1/13/2023 | 4283182 | 223.06 |
| 1/17/2023 | 6101118 | 223 |
| 1/18/2023 | 6558014 | 219.46 |
| 1/19/2023 | 4853085 | 220.41 |
| 1/20/2023 | 5210962 | 224.31 |
| 1/23/2023 | 5501462 | 224.18 |
| 1/24/2023 | 5274934 | 223.89 |
| 1/25/2023 | 4729630 | 224.9 |
| 1/26/2023 | 7043444 | 224.71 |
| 1/27/2023 | 11382643 | 231.44 |
| 1/30/2023 | 5677404 | 229.1 |
| 1/31/2023 | 11294209 | 230.21 |
| 2/1/2023 | 5792650 | 230.9 |
| 2/2/2023 | 7189990 | 229.56 |
| 2/3/2023 | 5243645 | 230.13 |
| 2/6/2023 | 3402356 | 229.44 |
| 2/7/2023 | 4042815 | 231.32 |
| 2/8/2023 | 4978585 | 230.2 |
| 2/9/2023 | 5238412 | 229.35 |
| 2/10/2023 | 4509889 | 227.2 |
| 2/13/2023 | 4946705 | 228.88 |
| 2/14/2023 | 4829396 | 229.39 |
| 2/15/2023 | 4407545 | 228.92 |
| 2/16/2023 | 3865852 | 225.83 |
| 2/17/2023 | 4520303 | 223.56 |
| 2/21/2023 | 7276091 | 220.62 |
| 2/22/2023 | 4621995 | 220.02 |
| 2/23/2023 | 5533847 | 221.13 |
| 2/24/2023 | 4414363 | 219.55 |
| 2/27/2023 | 4255459 | 220.35 |
| 2/28/2023 | 5385356 | 219.94 |
| 3/1/2023 | 4792656 | 218.36 |
| 3/2/2023 | 5539467 | 219.06 |

Exhibit 1: Visa Stock Prices December 30, 2022 to December 30, 2024

| Date | Volume | Closing Price |
|---:|---:|---:|
| 3/3/2023 | 6055410 | 223.77 |
| 3/6/2023 | 5737589 | 226.75 |
| 3/7/2023 | 4386798 | 223.17 |
| 3/8/2023 | 4195134 | 222.19 |
| 3/9/2023 | 5066656 | 220.01 |
| 3/10/2023 | 6639144 | 216.14 |
| 3/13/2023 | 6810947 | 214.47 |
| 3/14/2023 | 7985583 | 218.66 |
| 3/15/2023 | 8372233 | 216.37 |
| 3/16/2023 | 13677052 | 217.45 |
| 3/17/2023 | 18801184 | 217.39 |
| 3/20/2023 | 9817486 | 218.15 |
| 3/21/2023 | 8971367 | 221.95 |
| 3/22/2023 | 6700556 | 220.04 |
| 3/23/2023 | 6427712 | 222.59 |
| 3/24/2023 | 4792394 | 221.04 |
| 3/27/2023 | 7211050 | 221.81 |
| 3/28/2023 | 6418581 | 220.33 |
| 3/29/2023 | 4482956 | 223.3 |
| 3/30/2023 | 5383945 | 222.36 |
| 3/31/2023 | 9508978 | 225.46 |
| 4/3/2023 | 6421512 | 229 |
| 4/4/2023 | 5254725 | 227.66 |
| 4/5/2023 | 4813750 | 228.17 |
| 4/6/2023 | 4285206 | 225.99 |
| 4/10/2023 | 4952351 | 226.43 |
| 4/11/2023 | 4513395 | 228.45 |
| 4/12/2023 | 4373002 | 227.81 |
| 4/13/2023 | 7615523 | 232.69 |
| 4/14/2023 | 9781266 | 234.02 |
| 4/17/2023 | 4051441 | 233.48 |
| 4/18/2023 | 4796178 | 233.6 |
| 4/19/2023 | 3833933 | 232.57 |
| 4/20/2023 | 4925659 | 234.6 |
| 4/21/2023 | 6771589 | 234.05 |
| 4/24/2023 | 9124050 | 232.76 |
| 4/25/2023 | 6076450 | 229.59 |
| 4/26/2023 | 8400370 | 228.15 |
| 4/27/2023 | 7128188 | 229.01 |
| 4/28/2023 | 11627877 | 232.73 |
| 5/1/2023 | 4571070 | 232.51 |
| 5/2/2023 | 5244016 | 226.98 |

Exhibit 1:  Visa Stock Prices December 30, 2022 to December 30, 2024

| Date | Volume | Closing Price |
|---:|---:|---:|
| 5/3/2023 | 4093320 | 225.98 |
| 5/4/2023 | 5648862 | 225.6 |
| 5/5/2023 | 6237483 | 231.78 |
| 5/8/2023 | 2938546 | 232.23 |
| 5/9/2023 | 4352067 | 233.26 |
| 5/10/2023 | 5245220 | 231.27 |
| 5/11/2023 | 3818035 | 231.01 |
| 5/12/2023 | 3432730 | 231.38 |
| 5/15/2023 | 2843284 | 232.81 |
| 5/16/2023 | 4289809 | 230.47 |
| 5/17/2023 | 4990276 | 232.65 |
| 5/18/2023 | 6621870 | 233.6 |
| 5/19/2023 | 5399403 | 233.31 |
| 5/22/2023 | 3987775 | 231.28 |
| 5/23/2023 | 8537241 | 224.58 |
| 5/24/2023 | 6730750 | 222.25 |
| 5/25/2023 | 6827756 | 223.38 |
| 5/26/2023 | 5067460 | 225.01 |
| 5/30/2023 | 6916013 | 221.64 |
| 5/31/2023 | 20460616 | 221.03 |
| 6/1/2023 | 7003563 | 226.5 |
| 6/2/2023 | 5897069 | 228.79 |
| 6/5/2023 | 5227853 | 226.77 |
| 6/6/2023 | 6020168 | 228.22 |
| 6/7/2023 | 8517188 | 225.27 |
| 6/8/2023 | 6250073 | 223.05 |
| 6/9/2023 | 6385287 | 223.56 |
| 6/12/2023 | 8621521 | 226.17 |
| 6/13/2023 | 6868741 | 223.4 |
| 6/14/2023 | 9160723 | 223.44 |
| 6/15/2023 | 12533970 | 226.17 |
| 6/16/2023 | 13628902 | 228.91 |
| 6/20/2023 | 12312629 | 226.47 |
| 6/21/2023 | 7032143 | 227.25 |
| 6/22/2023 | 6275806 | 228.39 |
| 6/23/2023 | 5424352 | 229.55 |
| 6/26/2023 | 5165372 | 226.3 |
| 6/27/2023 | 4628474 | 227.34 |
| 6/28/2023 | 5324532 | 227.96 |
| 6/29/2023 | 7118889 | 234.32 |
| 6/30/2023 | 6879444 | 237.48 |
| 7/3/2023 | 3087351 | 237.97 |

Exhibit 1: Visa Stock Prices December 30, 2022 to December 30, 2024

| Date | Volume | Closing Price |
|---:|---:|---:|
| 7/5/2023 | 7601399 | 239.45 |
| 7/6/2023 | 6442089 | 238.88 |
| 7/7/2023 | 5729515 | 236.45 |
| 7/10/2023 | 4858862 | 238.16 |
| 7/11/2023 | 3857069 | 240.55 |
| 7/12/2023 | 6116018 | 242.21 |
| 7/13/2023 | 5819609 | 243.31 |
| 7/14/2023 | 4941178 | 243.16 |
| 7/17/2023 | 4328605 | 243.99 |
| 7/18/2023 | 7674704 | 240.77 |
| 7/19/2023 | 4835518 | 241.42 |
| 7/20/2023 | 4694950 | 239.62 |
| 7/21/2023 | 5427353 | 239.25 |
| 7/24/2023 | 6009950 | 240.74 |
| 7/25/2023 | 4997534 | 238.69 |
| 7/26/2023 | 7551396 | 237.1 |
| 7/27/2023 | 8160062 | 234.44 |
| 7/28/2023 | 6795307 | 235.75 |
| 7/31/2023 | 4799690 | 237.73 |
| 8/1/2023 | 4629291 | 239.78 |
| 8/2/2023 | 4868402 | 237.56 |
| 8/3/2023 | 5034095 | 238.76 |
| 8/4/2023 | 5169670 | 238.99 |
| 8/7/2023 | 5649780 | 241.51 |
| 8/8/2023 | 5080585 | 239.29 |
| 8/9/2023 | 4055027 | 239.76 |
| 8/10/2023 | 4778017 | 240.16 |
| 8/11/2023 | 3607104 | 240.04 |
| 8/14/2023 | 4351136 | 242.9 |
| 8/15/2023 | 3770078 | 239.83 |
| 8/16/2023 | 3218574 | 239.29 |
| 8/17/2023 | 4177578 | 237.37 |
| 8/18/2023 | 4344962 | 238.17 |
| 8/21/2023 | 3573630 | 239.46 |
| 8/22/2023 | 3848688 | 240.57 |
| 8/23/2023 | 4947728 | 242.3 |
| 8/24/2023 | 4570869 | 239.47 |
| 8/25/2023 | 3541533 | 242.57 |
| 8/28/2023 | 3741458 | 243.83 |
| 8/29/2023 | 3975738 | 245.34 |
| 8/30/2023 | 4573291 | 246.23 |
| 8/31/2023 | 5532610 | 245.68 |

Exhibit 1:  Visa Stock Prices December 30, 2022 to December 30, 2024

| Date | Volume | Closing Price |
|---:|---:|---:|
| 9/1/2023 | 4112905 | 248.11 |
| 9/5/2023 | 4459645 | 245.34 |
| 9/6/2023 | 4520355 | 246.16 |
| 9/7/2023 | 4008017 | 247.14 |
| 9/8/2023 | 3309819 | 247.29 |
| 9/11/2023 | 2995835 | 247.22 |
| 9/12/2023 | 3499561 | 247.3 |
| 9/13/2023 | 5657025 | 247.83 |
| 9/14/2023 | 11999981 | 241.5 |
| 9/15/2023 | 13077932 | 241.07 |
| 9/18/2023 | 4771567 | 244.66 |
| 9/19/2023 | 4709207 | 243.56 |
| 9/20/2023 | 5756898 | 241.86 |
| 9/21/2023 | 6881943 | 236.61 |
| 9/22/2023 | 5935586 | 235.08 |
| 9/25/2023 | 5921753 | 233.36 |
| 9/26/2023 | 6193243 | 229.65 |
| 9/27/2023 | 6006676 | 229.5 |
| 9/28/2023 | 4203886 | 231.66 |
| 9/29/2023 | 6045177 | 230.01 |
| 10/2/2023 | 5175345 | 231.27 |
| 10/3/2023 | 5585744 | 228.81 |
| 10/4/2023 | 5430925 | 231.22 |
| 10/5/2023 | 6126433 | 233.48 |
| 10/6/2023 | 6401280 | 235.04 |
| 10/9/2023 | 5372332 | 234.44 |
| 10/10/2023 | 4644223 | 236.6 |
| 10/11/2023 | 4760890 | 235.68 |
| 10/12/2023 | 4472920 | 236.78 |
| 10/13/2023 | 4966925 | 237.67 |
| 10/16/2023 | 6227475 | 240.07 |
| 10/17/2023 | 4527629 | 241.2 |
| 10/18/2023 | 9528487 | 237.47 |
| 10/19/2023 | 5927439 | 233.81 |
| 10/20/2023 | 5748421 | 233.38 |
| 10/23/2023 | 5071710 | 231.53 |
| 10/24/2023 | 6844055 | 234.65 |
| 10/25/2023 | 10365335 | 236.85 |
| 10/26/2023 | 6414495 | 231.28 |
| 10/27/2023 | 5540934 | 229.27 |
| 10/30/2023 | 5170329 | 233.08 |
| 10/31/2023 | 4828403 | 235.1 |

Exhibit 1: Visa Stock Prices December 30, 2022 to December 30, 2024

| Date | Volume | Closing Price |
|---:|---:|---:|
| 11/1/2023 | 4996404 | 238.58 |
| 11/2/2023 | 6286743 | 243.25 |
| 11/3/2023 | 5030010 | 243.6 |
| 11/6/2023 | 5254340 | 243.49 |
| 11/7/2023 | 4219744 | 244.77 |
| 11/8/2023 | 5117726 | 243.91 |
| 11/9/2023 | 4866610 | 241.64 |
| 11/10/2023 | 4094940 | 245.25 |
| 11/13/2023 | 4088661 | 244.67 |
| 11/14/2023 | 14092026 | 246.94 |
| 11/15/2023 | 13258892 | 248.11 |
| 11/16/2023 | 7051607 | 248.57 |
| 11/17/2023 | 7238324 | 249.56 |
| 11/20/2023 | 8604744 | 249.97 |
| 11/21/2023 | 7213943 | 252.23 |
| 11/22/2023 | 5702542 | 253.72 |
| 11/24/2023 | 1640931 | 254.3 |
| 11/27/2023 | 5478887 | 254.14 |
| 11/28/2023 | 5234927 | 252.94 |
| 11/29/2023 | 4955093 | 254.23 |
| 11/30/2023 | 6874885 | 256.68 |
| 12/1/2023 | 3939644 | 256.45 |
| 12/4/2023 | 5247450 | 254.44 |
| 12/5/2023 | 4199094 | 254.61 |
| 12/6/2023 | 3874048 | 254.29 |
| 12/7/2023 | 3589256 | 255.82 |
| 12/8/2023 | 3732515 | 255.74 |
| 12/11/2023 | 6479312 | 256.52 |
| 12/12/2023 | 5946564 | 259.56 |
| 12/13/2023 | 4859887 | 262.38 |
| 12/14/2023 | 8168683 | 258.73 |
| 12/15/2023 | 13373952 | 258.03 |
| 12/18/2023 | 6041140 | 258.37 |
| 12/19/2023 | 8731209 | 259.99 |
| 12/20/2023 | 7240857 | 257.11 |
| 12/21/2023 | 6246652 | 259.54 |
| 12/22/2023 | 5111707 | 258.43 |
| 12/26/2023 | 2085089 | 259.16 |
| 12/27/2023 | 4034658 | 258.93 |
| 12/28/2023 | 3020454 | 260.4 |
| 12/29/2023 | 4074872 | 260.35 |
| 1/2/2024 | 5470986 | 258.87 |

Exhibit 1: Visa Stock Prices December 30, 2022 to December 30, 2024

| Date | Volume | Closing Price |
|---:|---:|---:|
| 1/3/2024 | 4148294 | 257.98 |
| 1/4/2024 | 3842976 | 259.61 |
| 1/5/2024 | 3748636 | 259.69 |
| 1/8/2024 | 4659030 | 262.54 |
| 1/9/2024 | 7055782 | 263.33 |
| 1/10/2024 | 4355784 | 264.56 |
| 1/11/2024 | 5598998 | 264.03 |
| 1/12/2024 | 4656238 | 264.17 |
| 1/16/2024 | 6196414 | 265.24 |
| 1/17/2024 | 5118722 | 266.63 |
| 1/18/2024 | 6694264 | 268.14 |
| 1/19/2024 | 7226520 | 270.9 |
| 1/22/2024 | 5984272 | 271.2 |
| 1/23/2024 | 5882995 | 271.26 |
| 1/24/2024 | 5021703 | 271.65 |
| 1/25/2024 | 6894942 | 272.61 |
| 1/26/2024 | 8586548 | 267.94 |
| 1/29/2024 | 6574480 | 273.66 |
| 1/30/2024 | 6548999 | 277.15 |
| 1/31/2024 | 6139312 | 273.26 |
| 2/1/2024 | 7064976 | 277.05 |
| 2/2/2024 | 4848891 | 277.18 |
| 2/5/2024 | 4899140 | 275.58 |
| 2/6/2024 | 4400250 | 276.76 |
| 2/7/2024 | 4785902 | 279.39 |
| 2/8/2024 | 5833409 | 275.78 |
| 2/9/2024 | 4618283 | 276.43 |
| 2/12/2024 | 3676232 | 275.07 |
| 2/13/2024 | 5493833 | 275.81 |
| 2/14/2024 | 4218350 | 277.56 |
| 2/15/2024 | 4834758 | 280.98 |
| 2/16/2024 | 6630744 | 278.56 |
| 2/20/2024 | 6157178 | 275.15 |
| 2/21/2024 | 4771105 | 276.76 |
| 2/22/2024 | 5100191 | 283.75 |
| 2/23/2024 | 5107693 | 283.6 |
| 2/26/2024 | 3856911 | 284.15 |
| 2/27/2024 | 4145383 | 283.17 |
| 2/28/2024 | 4358820 | 285.63 |
| 2/29/2024 | 6633684 | 282.64 |
| 3/1/2024 | 3955728 | 283.16 |
| 3/4/2024 | 5920308 | 280.53 |

Exhibit 1: Visa Stock Prices December 30, 2022 to December 30, 2024

| Date | Volume | Closing Price |
|---|---|---|
| 3/5/2024 | 6228066 | 279.38 |
| 3/6/2024 | 4535185 | 280.43 |
| 3/7/2024 | 5668483 | 278.26 |
| 3/8/2024 | 3929002 | 280.04 |
| 3/11/2024 | 4614232 | 280.56 |
| 3/12/2024 | 7988665 | 283.92 |
| 3/13/2024 | 5783867 | 285.14 |
| 3/14/2024 | 5484511 | 286.41 |
| 3/15/2024 | 9845181 | 283.04 |
| 3/18/2024 | 4095632 | 285.05 |
| 3/19/2024 | 6595183 | 287.35 |
| 3/20/2024 | 6104955 | 289.28 |
| 3/21/2024 | 5057559 | 290.37 |
| 3/22/2024 | 8744121 | 283.26 |
| 3/25/2024 | 8519433 | 281.21 |
| 3/26/2024 | 8752364 | 280.6 |
| 3/27/2024 | 5190674 | 279.02 |
| 3/28/2024 | 5844358 | 279.08 |
| 4/1/2024 | 5083986 | 278.28 |
| 4/2/2024 | 6912306 | 278.44 |
| 4/3/2024 | 4536847 | 276.96 |
| 4/4/2024 | 4018551 | 274 |
| 4/5/2024 | 4392050 | 277.14 |
| 4/8/2024 | 5542428 | 277.76 |
| 4/9/2024 | 7314306 | 276.72 |
| 4/10/2024 | 5276012 | 274.48 |
| 4/11/2024 | 8102293 | 275.68 |
| 4/12/2024 | 9038411 | 275.96 |
| 4/15/2024 | 10267489 | 271.28 |
| 4/16/2024 | 8237131 | 271.35 |
| 4/17/2024 | 5940897 | 272.69 |
| 4/18/2024 | 8231849 | 271.37 |
| 4/19/2024 | 7905368 | 269.78 |
| 4/22/2024 | 6463742 | 272.33 |
| 4/23/2024 | 6438002 | 274.11 |
| 4/24/2024 | 8807157 | 275.02 |
| 4/25/2024 | 8064621 | 275.16 |
| 4/26/2024 | 6840615 | 274.52 |
| 4/29/2024 | 4192247 | 271.84 |
| 4/30/2024 | 6376353 | 268.61 |
| 5/1/2024 | 6125360 | 267.32 |
| 5/2/2024 | 5061698 | 267.61 |

Exhibit 1:  Visa Stock Prices December 30, 2022 to December 30, 2024

| Date | Volume | Closing Price |
|---|---|---|
| 5/3/2024 | 3862018 | 268.49 |
| 5/6/2024 | 3958721 | 272.67 |
| 5/7/2024 | 6377080 | 276.46 |
| 5/8/2024 | 9029699 | 277.19 |
| 5/9/2024 | 8948813 | 278.54 |
| 5/10/2024 | 8986581 | 280.74 |
| 5/13/2024 | 10528397 | 279.39 |
| 5/14/2024 | 18526094 | 277.74 |
| 5/15/2024 | 21288365 | 281.5 |
| 5/16/2024 | 10341718 | 279.84 |
| 5/17/2024 | 6177831 | 280.1 |
| 5/20/2024 | 5460901 | 278.54 |
| 5/21/2024 | 6578156 | 275.95 |
| 5/22/2024 | 4202492 | 275.58 |
| 5/23/2024 | 6115917 | 274.23 |
| 5/24/2024 | 4339967 | 274.49 |
| 5/28/2024 | 6212455 | 270.98 |
| 5/29/2024 | 5469713 | 268.86 |
| 5/30/2024 | 4903071 | 271.3 |
| 5/31/2024 | 8909985 | 272.46 |
| 6/3/2024 | 4838782 | 270.38 |
| 6/4/2024 | 4188515 | 272.42 |
| 6/5/2024 | 5368674 | 274.5 |
| 6/6/2024 | 4862378 | 277.04 |
| 6/7/2024 | 4515795 | 278.67 |
| 6/10/2024 | 5214002 | 275.04 |
| 6/11/2024 | 6244586 | 274.67 |
| 6/12/2024 | 7536636 | 270.32 |
| 6/13/2024 | 7361158 | 271.19 |
| 6/14/2024 | 8537260 | 270.66 |
| 6/17/2024 | 9258209 | 271.17 |
| 6/18/2024 | 6707460 | 273.62 |
| 6/20/2024 | 10164364 | 276.82 |
| 6/21/2024 | 14790151 | 275.22 |
| 6/24/2024 | 24149627 | 276.3 |
| 6/25/2024 | 19897651 | 273.53 |
| 6/26/2024 | 12171987 | 273.6 |
| 6/27/2024 | 10529083 | 266.59 |
| 6/28/2024 | 13957270 | 262.47 |
| 7/1/2024 | 7955766 | 263.24 |
| 7/2/2024 | 8697811 | 268.23 |
| 7/3/2024 | 5017760 | 268.99 |

Exhibit 1: Visa Stock Prices December 30, 2022 to December 30, 2024

| Date | Volume | Closing Price |
|---:|---:|---:|
| 7/5/2024 | 7986435 | 270.36 |
| 7/8/2024 | 8561140 | 266.4 |
| 7/9/2024 | 6432808 | 265.44 |
| 7/10/2024 | 9635466 | 263 |
| 7/11/2024 | 8805194 | 262.55 |
| 7/12/2024 | 6627767 | 265.74 |
| 7/15/2024 | 6845211 | 268.45 |
| 7/16/2024 | 7869921 | 269.25 |
| 7/17/2024 | 5324662 | 272.7 |
| 7/18/2024 | 5550804 | 269.15 |
| 7/19/2024 | 6839933 | 265.46 |
| 7/22/2024 | 5313610 | 267.71 |
| 7/23/2024 | 8109209 | 264.79 |
| 7/24/2024 | 13065893 | 254.17 |
| 7/25/2024 | 8573282 | 253.74 |
| 7/26/2024 | 7062213 | 259.46 |
| 7/29/2024 | 6068109 | 261.6 |
| 7/30/2024 | 5941775 | 263.1 |
| 7/31/2024 | 7642547 | 265.67 |
| 8/1/2024 | 7269671 | 265.93 |
| 8/2/2024 | 7017857 | 266.58 |
| 8/5/2024 | 9631322 | 256.44 |
| 8/6/2024 | 21586816 | 258.26 |
| 8/7/2024 | 12908578 | 256.52 |
| 8/8/2024 | 8223667 | 259.83 |
| 8/9/2024 | 7228127 | 259.76 |
| 8/12/2024 | 26769518 | 259.89 |
| 8/13/2024 | 12005746 | 260.13 |
| 8/14/2024 | 8552272 | 261.14 |
| 8/15/2024 | 7397780 | 266.8 |
| 8/16/2024 | 5111080 | 267.38 |
| 8/19/2024 | 6555945 | 266.47 |
| 8/20/2024 | 6803575 | 268.04 |
| 8/21/2024 | 6639748 | 268.2 |
| 8/22/2024 | 4425444 | 267.94 |
| 8/23/2024 | 3697448 | 267.44 |
| 8/26/2024 | 4612181 | 268.21 |
| 8/27/2024 | 6594067 | 270.72 |
| 8/28/2024 | 5455098 | 269.19 |
| 8/29/2024 | 5565085 | 274.32 |
| 8/30/2024 | 6296089 | 276.37 |
| 9/3/2024 | 7278250 | 278.54 |

Exhibit 1:  Visa Stock Prices December 30, 2022 to December 30, 2024

| Date | Volume | Closing Price |
|---:|---:|---:|
| 9/4/2024 | 6107450 | 280.49 |
| 9/5/2024 | 6447539 | 278.62 |
| 9/6/2024 | 7187805 | 279.37 |
| 9/9/2024 | 10933862 | 285.61 |
| 9/10/2024 | 5314413 | 285.34 |
| 9/11/2024 | 6281968 | 283.96 |
| 9/12/2024 | 4161170 | 285.37 |
| 9/13/2024 | 4987643 | 287.35 |
| 9/16/2024 | 4458865 | 290.48 |
| 9/17/2024 | 5135913 | 291.56 |
| 9/18/2024 | 5889996 | 288.48 |
| 9/19/2024 | 10382069 | 285.24 |
| 9/20/2024 | 27810925 | 284.77 |
| 9/23/2024 | 6505632 | 288.63 |
| 9/24/2024 | 13690164 | 272.78 |
| 9/25/2024 | 11671266 | 269.63 |
| 9/26/2024 | 9552507 | 271.69 |
| 9/27/2024 | 6509578 | 275.17 |
| 9/30/2024 | 5971352 | 274.95 |
| 10/1/2024 | 5781564 | 277.6 |
| 10/2/2024 | 4741561 | 277 |
| 10/3/2024 | 3036651 | 276.86 |
| 10/4/2024 | 4260920 | 277.93 |
| 10/7/2024 | 4339337 | 273.79 |
| 10/8/2024 | 4370915 | 274.96 |
| 10/9/2024 | 4115807 | 276.93 |
| 10/10/2024 | 4063891 | 277.47 |
| 10/11/2024 | 4746446 | 277.84 |
| 10/14/2024 | 3996620 | 280.68 |
| 10/15/2024 | 5807021 | 279.29 |
| 10/16/2024 | 9442687 | 287.52 |
| 10/17/2024 | 8815841 | 290.39 |
| 10/18/2024 | 5350923 | 290.62 |
| 10/21/2024 | 6313148 | 286.85 |
| 10/22/2024 | 5736450 | 284.79 |
| 10/23/2024 | 5249255 | 283.76 |
| 10/24/2024 | 4680151 | 283.22 |
| 10/25/2024 | 4464561 | 281.73 |
| 10/28/2024 | 4306240 | 284.19 |
| 10/29/2024 | 7534759 | 281.88 |
| 10/30/2024 | 9606784 | 290.16 |
| 10/31/2024 | 7950228 | 289.85 |

Exhibit 1: Visa Stock Prices December 30, 2022 to December 30, 2024

| Date | Volume | Closing Price |
| --- | --- | --- |
| 11/1/2024 | 5471088 | 290.74 |
| 11/4/2024 | 4281721 | 291.85 |
| 11/5/2024 | 3753721 | 293.29 |
| 11/6/2024 | 10320476 | 307.4 |
| 11/7/2024 | 6237348 | 305.8 |
| 11/8/2024 | 6240616 | 307.87 |
| 11/11/2024 | 4674088 | 310.92 |
| 11/12/2024 | 4616616 | 309.85 |
| 11/13/2024 | 4046544 | 309.48 |
| 11/14/2024 | 4415788 | 308.25 |
| 11/15/2024 | 5106284 | 309.64 |
| 11/18/2024 | 4585944 | 312.16 |
| 11/19/2024 | 4885860 | 311.85 |
| 11/20/2024 | 6350282 | 307.39 |
| 11/21/2024 | 5757406 | 309.9 |
| 11/22/2024 | 5919518 | 309.92 |
| 11/25/2024 | 14189302 | 313.19 |
| 11/26/2024 | 7071592 | 311.82 |
| 11/27/2024 | 5204318 | 314.7 |
| 11/29/2024 | 3853281 | 315.08 |
| 12/2/2024 | 5597635 | 316.65 |
| 12/3/2024 | 5009907 | 313.01 |
| 12/4/2024 | 5981759 | 309.9 |
| 12/5/2024 | 5200052 | 309.08 |
| 12/6/2024 | 4302851 | 311.01 |
| 12/9/2024 | 5785297 | 308.3 |
| 12/10/2024 | 4539827 | 312.38 |
| 12/11/2024 | 4321824 | 313.79 |
| 12/12/2024 | 3218540 | 314.23 |
| 12/13/2024 | 4682543 | 314.74 |
| 12/16/2024 | 6562510 | 315.89 |
| 12/17/2024 | 8844349 | 318.3 |
| 12/18/2024 | 10479177 | 309.78 |
| 12/19/2024 | 8317119 | 314.88 |
| 12/20/2024 | 24387016 | 317.71 |
| 12/23/2024 | 7984610 | 317.22 |
| 12/24/2024 | 2684103 | 320.65 |
| 12/26/2024 | 2856059 | 320.91 |
| 12/27/2024 | 3489200 | 318.66 |
| 12/30/2024 | 3478763 | 315.31 |