# Exhibit 2



Payments
## VISA

**TD SECURITIES (USA) LLC**

September 25, 2024

**Price: $269.63** (09/25/2024)
**Price Target: $318.00**

**BUY (1)**

**ESG SCORE: 52/100**

---

**Bryan C. Bergin, CFA**
646 562 1369
bryan.bergin@tdsecurities.com

**Moshe Orenbuch**
646 562 1495
moshe.orenbuch@tdsecurities.com

**Harrison Vivas**
646 562 1448
harrison.vivas@tdsecurities.com

**Hoang Nguyen, CFA**
646 562 1337
hoang.nguyen2@tdsecurities.com

**Gareth Gacetta**
646 562 1302
gareth.gacetta@tdsecurities.com

**Key Data**

| | |
|---|---|
| Symbol | NYSE: V |
| Market Cap | $450.4B |

**QUICK TAKE: COMPANY UPDATE**

# FOLLOW-UP: DOJ FILES ANTITRUST LAWSUIT AGAINST VISA

## THE TD COWEN INSIGHT

Added views post the US DOJ formally filing suit against V for anti-competitive debit card practices. Regulatory overhang surrounding has been a growing concern for some investors, though we don't expect any near-term financial impact. We think any potential changes are likely to be over a very long period of time. This is apt to be read positively for MA shares, though likely small.

### What Happened

- The US DOJ filed a civil antitrust lawsuit against Visa for monopolization & unlawful conduct in debit network markets (HERE). See our initial thoughts pre filing HERE.

- The suit takes aim at V's dominance in the US debit card markets. It alleges that a series of anti-competitive practices have created unfair barriers to entry for other debit networks/tech alternatives and artificially raised market pricing/stifled innovation.

### Our Take

- We don't expect any NT financial impact, but acknowledge regulatory overhang that has been a growing concern for some investors. We expect a drawn-out court proceeding, akin to prior litigation.

- It's difficult to determine with accuracy the level of potential share at risk, especially because V's network is generally superior to regionals on acceptance, fraud & auth rates. Thus, while a potential change to pricing structure could be a potential revenue/share headwind (assuming pricing was competitive w/ regional rack rates), V could retain more share than expected. Even at higher rack rates, we think V can justify the premium w/ better performance and the benefits that merchants/issuers may gain from ancillary services such as fraud solutions.

- We view this as positive for MA (Buy, $489) with little risk of a comparable DOJ suit w/ its debit share a distant 2nd (<25% US debit txns), and as some investors may shift preference amid higher V regulatory headline risk/optics.

- Per our WRG colleague Jaret Seiberg, DOJ has an uphill battle (HERE):
  ○ We do not view this as a slam dunk for the Justice Department. It effectively needs to prove that Visa is violating the antitrust laws by charging its most loyal customers less for its services. Instead, it wants Visa to charge these customers higher prices to make it financially beneficial for merchants to seek out alternative networks.

  ○ It is hard for us to see how Visa settles these charges any time soon. This reads to us like the type of case that will be litigated over years, not months. In effect, Justice wants Visa to eliminate exclusivity-based pricing to encourage more competition. We do not see how Visa agrees to that. And it is unclear to us what the middle ground would be.

### Key Points of Focus in the Suit

- The DOJ argues that the court should enjoin Visa from engaging in practices that could bring anticompetitive risk to its debit network in the long term, including the removal

Please see pages 5 to 10 of this report for important disclosures.    TDSECURITIES.COM

of its cliff-pricing structure, eliminating fees for debit transactions routed over non-visa networks, and adhering to a variety of restrictions related to the way it structures commercial agreements and contracts with clients & fintech partners.

- **Influencing uncontested transactions.** Per the DOJ suit, Visa has estimated that 45% of card-present transactions are non-contestable. These transactions are required to be routed over Visa's network and incur significant penalty fees when routed over alternative networks. The DOJ argues that Visa uses its contracts with issuers to make more transactions non-contestable (i.e., influencing to disable card-present PINless), and ensures that merchants who route more than a small percentage of eligible debit transactions over alternative networks will face higher fees on non-contestable transactions.

- **Cliff pricing.** The DOJ argues that Visa's cliff pricing structure has the practical effect of forcing merchants into exclusive relationships with Visa for the majority of their volume. For a smaller PIN network to compete, it would need to route transactions for free, while also compensating the merchant for penalties it may incur on non-contestable transactions. It adds that in some cases Visa prices its other products (credit) based on how much debit volume merchants route to its network.

- **Exclusivity.** Paying for exclusivity & noncompetes with Merchants/Issuers/Fintechs and applying monetary penalties for failure to meet agreed levels.
  - Visa has entered de facto exclusive routing contracts with over 180 of its largest merchants and acquirers. Visa's merchant and acquirer contracts cover over 75% of Visa's debit volume and result in it guaranteeing at least 45% of U.S. debit volume is processed over its network. Under scrutiny, V could be barred from bundling credit and debit incentives.
  - Per the DOJ suit, V calculated that by the end of 2022 at least 75% of all of its debit volume, and 80% of CNP debit volume, was insulated from competition through its contracts.

- **V Response.** V has responded publicly, calling the allegations meritless. It is of the view that the DOJ is ignoring the competitive environment, pointing out that it has seen new entrants into the market with no competitors leaving which is evidence of a healthy, competitive market. V's commercial agreements are also arguably pro-competitive in that they achieve a more beneficial outcome for merchants by affording them a lower price while increasing output.

**Key Financial, Market Share & Other Tidbits from the Suit -- Per DOJ**

- Today, over 60% of all U.S. debit transactions run via Visa's payments network, and its share of card-not-present debit transaction exceed 65%. Its largest competitor (MA) remains a distant second, processing less than 25% of all CNP/CP U.S. debit transactions.

- Collectively, the PIN networks represent approximately 11% of all debit transactions (and only 5% of card-not-present debit transactions). No PIN debit network has more than a single-digit share of debit transactions in the United States.

- US debit market is over $4Tn annually. CNP debit transactions comprise ~50% of debit spending.

- Visa is the front-of-card brand for over 70% of the debit card payment volume in the United States. Mastercard, by contrast, is the front-of-card brand for around 25% of debit.

- Even with Durbin's requirement for at least two unaffiliated networks on each debit card, Visa has estimated that roughly 45% of Visa card-present transactions are non-contestable. For CNP the numbers estimated higher.

- DOJ cites V earning $7Bn+ gross / $5.6Bn net revenue via network fees from its US debit business. It is not clear if this is inclusive of certain bundled services. The DOJ also cites V's North American operat9mg margin at 83%.

## VALUATION METHODOLOGY AND RISKS

### Valuation Methodology

**Payments:**

Our valuation methodology primarily used across the Fintech & Payments universe is P/E, with EV/EBITDA and FCF as secondary metrics. P/E is relevant from the perspective of capturing the

benefit accruing to equity shareholders from share repurchases – a key component of the capital allocation plans favored by most companies in the Payments space. Additionally, tax

rates vary dramatically across the space and are a key part of the investment story for select stocks. We make investment recommendations on certain early stage companies based upon an assessment of their business model, technology, probability of market success, and the potential market opportunity, balanced by an assessment of applicable risks. For such companies, our valuation methodology will also assess EV/Sales and/or EV/Gross Profit valuation considerations.

### Investment Risks

**Payments:**

The Payments industry is very competitive with both existing and emerging competition. All of our companies face the risk of being unable to capture market share or having their business models become commoditized by newer entrants in the market. Additionally, our companies are levered to consumer spending and therefore are exposed to general economic conditions.

### Risks To The Price Target

Risks to our PT and estimates include regulatory environment, given V's size and nationalism, as governments around the world could endorse policies to the advantage of their domestic payment schemes. Other risks include new payment methods such as BNPL, A2A.

# ADDENDUM

## Stocks Mentioned In Important Disclosures

| Ticker | Company Name |
| --- | --- |
| MA | Mastercard |
| V | Visa |

## Analyst Certification

Each author of this research report hereby certifies that (i) the views expressed in the research report accurately reflect his or her personal views about any and all of the subject securities or issuers, and (ii) no part of his or her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed in this report.

## Important Disclosures

TD Securities Inc., TD Securities (USA) LLC or its affiliates makes a market in the stock of Visa and Mastercard securities.

Visa is or has been in the past 12 months a client of TD Securities Inc., TD Securities (USA) LLC or its affiliates; TD Securities Inc., TD Securities (USA) LLC or its affiliates provided non-investment banking non-securities related services during the past 12 months.

TD Securities Inc., TD Securities (USA) LLC or its affiliates have received compensation in the past 12 months for products or services other than investment banking services from Visa.

TD Cowen compensates research analysts for activities and services intended to benefit the firm's investor clients. Individual compensation determinations for research analysts, including the author(s) of this report, are based on a variety of factors, including the overall profitability of the firm and the total revenue derived from all sources, including revenues from investment banking, sales and trading or principal trading revenues. TD Cowen does not compensate research analysts based on specific investment banking transactions or specific sales and trading or principal trading revenues.

## Disclaimer

**TD Cowen Research Reports:** TD Cowen research reports are simultaneously available to recipients on our client website. Research reports are for our clients only. Not all research reports are disseminated, e-mailed or made available to third-party aggregators. TD Securities (USA) LLC is not responsible for the redistribution of TD Cowen research by third party aggregators. Selected research reports are available in printed form in addition to an electronic form. All published research reports can be obtained on the firm's client website, https://tdcowenlibrary.bluematrix.com/client/library.jsp.

**THIS RESEARCH REPORT WAS PRODUCED SOLELY BY TD SECURITIES (USA) LLC.**

**THIS RESEARCH REPORT WAS PREPARED IN ACCORDANCE WITH THE RULES UNDER THE FINANCIAL INDUSTRY REGULATORY AUTHORITY (FINRA). THIS REPORT WAS NOT PREPARED IN ACCORDANCE WITH CANADIAN DISCLOSURE REQUIREMENTS RELATING TO RESEARCH REPORTS.**

"TD Securities" is a trademark of The Toronto-Dominion Bank ("TD") and represents certain investment banking, capital markets and wholesale banking activities conducted through certain subsidiaries and branches of The Toronto-Dominion Bank. "TD Cowen" is a division of TD Securities and represents a marketing name of certain businesses within TD Securities, including for TD Securities global research.

TD Cowen research is produced in the U.S. by TD Securities (USA) LLC, a wholly owned subsidiary of The Toronto-Dominion Bank. TD Securities (USA) LLC is a U.S. broker dealer registered with the U.S. Securities and Exchange Commission and is a member of the Financial Industry Regulatory Authority and of the Securities Investor Protection Corporation. TD Cowen research is produced in Canada by TD Securities Inc., a wholly owned subsidiary of The Toronto-Dominion Bank. TD Securities Inc. is regulated by the Canadian Investment Regulatory Organization of Canada, a member of the Canadian Investor Protection Fund and a member of Canadian Marketplaces.

This material is for general informational purposes only and is not investment advice nor does it constitute an offer, recommendation or solicitation to buy or sell a particular financial instrument. Recipients of this analysis or research report are to contact the representative in their local jurisdiction with regards to any matters or questions arising from, or in connection with, the analysis or research report.

The opinions and recommendations herein do not consider individual client circumstances, objectives, financial situation, risk profile or needs and are not intended as recommendations of investment strategy. The recipients of this research report must make their own independent decisions regarding any securities discussed in this research report. In some cases, securities and other financial instruments might be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument is difficult to obtain.

This material, including any price, valuation, all opinions, estimates and other information constitute TD Cowen's judgment as of the date hereof and is subject to change without notice. The price, value of and income from any of the securities mentioned in this research report can fall as well as rise. Any market valuations contained herein are indicative values as of the time and date indicated. Such market valuations are believed to be reliable, but TD Cowen does not warrant their completeness or accuracy. Different prices and/or valuations may be available elsewhere and TD Cowen suggests that valuations from other sources be obtained for comparison purposes. Actual quotations could differ subject to market conditions and other factors.

Historic information regarding performance is not indicative of future results and investors should understand that statements regarding future prospects may not be realized. All investments entail risk, including potential loss of principal invested. Performance analysis is based on certain assumptions, the results of which may vary significantly depending on the modelling inputs assumed.

Other than disclosures relating to TD Securities (USA) LLC, TD Securities Inc. and its affiliates, the information herein is based on sources we believe to be reliable but has not been independently verified by us and does not purport to be a complete statement or summary of the available data. No representation is made that such information is accurate in all material respects, complete or up to date. We seek to update our research reports as appropriate, but various regulations may prevent us from doing so. Research reports are published at irregular intervals based on the research analyst's judgement.

To the extent that this research report discusses any legal proceedings or issues, it has not been prepared to express or intended to express any legal conclusion, opinion or advice. Our salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions that are contrary to the opinions expressed in our research reports. Our principal trading area and investing businesses may make investment decisions that are inconsistent with recommendations or views expressed in our research reports.

TD Cowen disclaims any and all liability relating to the information herein, including without limitation any express or implied representations or warranties for, statements contained in, and omissions from, the information. TD Cowen is not liable for any errors or omissions in such information or for any loss or damage suffered, directly or indirectly, from the use of

this information. TD Cowen may have effected or may effect transactions for its own account in the securities described herein. No proposed customer or counterparty relationship is intended or implied between TD Cowen and a recipient of this document.

TD Cowen makes no representation as to any tax, accounting, legal or regulatory issues. Investors should seek their own legal, financial and tax advice regarding the appropriateness of investing in any securities or pursuing any strategies discussed herein. Investors should also carefully consider any risks involved. Any transaction entered into is in reliance only upon the investor's judgment as to financial, suitability and risk criteria. TD Securities does not hold itself out to be an advisor in these circumstances, nor do any of its representatives have the authority to do so.

The information contained herein is not intended for distribution to, or use by, any person in any state or jurisdiction where such distribution or use would be contrary to applicable law or regulation, or which would subject TD Securities to additional licensing or registration requirements.

If you would like to unsubscribe from our email distribution lists at any time, please contact your TD Securities (USA) LLC or TD Securities, Inc. Sales Contact. If you are located in Europe, Asia, Australia or New Zealand you may also unsubscribe by emailing us at Privacy.EAP@tdsecurities.com.

You can access our Privacy Policy here http://www.tdsecurities.com/tds/content/AU_PrivacyPage.

For important disclosures regarding the companies that are the subject of this research report, please contact TD Securities (USA) LLC, Research Department, 599 Lexington Avenue, 20th Floor, New York, NY 10022 or TD Securities Inc. Research Department, 66 Wellington Street West Toronto, Ontario M5K 1A2. In addition, the same important disclosures, except for the valuation methods and risks, are available on the Firm's disclosure website at https://tdcowen.bluematrix.com/sellside/Disclosures.action.

**Equity Research Price Targets:** TD Cowen assigns price targets on all companies covered in equity research unless noted otherwise. The equity research price target for an issuer's stock represents the value that the analyst reasonably expects the stock to reach over a performance period of twelve months. Any price targets in equity securities in this report should be considered in the context of all prior published TD Cowen equity research reports (including the disclosures in any such equity report or on the Firm's disclosure website), which may or may not include equity research price targets, as well as developments relating to the issuer, its industry and the financial markets. For equity research price target valuation methodology and risks associated with the achievement of any given equity research price target, please see the analyst's equity research report publishing such targets.

Recipients of this analysis or research report are to contact the representative in their local jurisdiction with regards to any matters or questions arising from, or in connection with, the analysis or research report.

**Canada**

No securities commission or similar regulatory authority in Canada has reviewed or in any way passed judgment upon this research report, the information contained herein, or the merits of the securities described herein, and any representation to the contrary is an offence.

Canadian clients wishing to effect transactions in any security discussed herein should do so through a qualified salesperson of TD Securities or TD Securities Inc. TD Securities Inc. is a member of the Canadian Investor Protection Fund and is regulated by Canadian Investment Regulatory Organization (CIRO).

**Australia**

If you receive this document and you are domiciled in Australia, please note that it is intended to be issued for general information purposes only and distributed to a person who is a wholesale client, as defined in the Corporations Act 2001 and Corporations Regulations 2001, by Toronto Dominion (South East Asia) Limited ("TDSEA"). TDSEA does not hold itself out to be providing financial advice in these circumstances. TD Securities is a trademark and represents certain investment dealing and advisory activities of The Toronto-Dominion Bank and its subsidiaries, including TDSEA. The Toronto-Dominion Bank is not an authorized deposit-taking or financial services institution in Australia. TDSEA is a holder of an Australian Financial Services License (528885) and is regulated in Australia by the Australian Securities and Investments Commission.

**China, India, and South Korea**

Insofar as the document is received by any persons in the People's Republic of China ("PRC"), India and South Korea, it is intended only to be issued to persons who have the relevant qualifications to engage in the investment activity mentioned in this document. The recipient is responsible for obtaining all relevant government regulatory approvals/licenses themselves and represents and warrants to The Toronto-Dominion Bank that the recipient's investments in those securities do not violate any law or regulation, including, but not limited to, any relevant foreign exchange regulations and/or overseas investment regulations. The Toronto-Dominion Bank has a representative office in Shanghai, Mumbai and Seoul which should be contacted for any general enquiry related to The Toronto-Dominion Bank or its business. However, neither any of the Toronto-Dominion Bank offshore branches/subsidiaries nor its representative offices are permitted to conduct business within the borders of the PRC, India and South Korea. In locations in Asia where the Bank does not hold licenses to conduct business in financial services, it is not our intention to, and the information contained in this document should not be construed as, conducting any regulated financial activity, including dealing in, or the provision of advice in relation to, any regulated instrument or product. This publication is for general information only, without addressing any particular needs of any individual or entity and should not be relied upon without obtaining specific advice in the context of specific circumstances.

**Hong Kong SAR (China)**

This document, which is intended to be issued in Hong Kong SAR (China) ("Hong Kong") only to Professional Investors within the meaning of the Securities and Futures Ordinance (the "SFO") and the Securities and Futures (Professional Investor) Rules made under the SFO, has been distributed through Toronto-Dominion Bank, Hong Kong Branch, which is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission.

**Japan**

For Japanese residents, please note that if you have received this document from The Toronto-Dominion Bank entities based outside Japan, it is being provided to qualified financial institutions ("QFI") only under a relevant exemption to the Financial Instruments and Exchange Act.

If you have received this document from TD Securities (Japan) Co., Ltd., it is being provided only to institutional investors. TD Securities (Japan) Co., Ltd. is regulated by the Financial Services Agency of Japan and is distributing this document in Japan as a Type 1 Financial Instruments Business Operator registered with the Kanto Local Finance Bureau under registration number, Kinsho 2992, and a member of Japan Securities Dealers Association.

**New Zealand**

The Toronto-Dominion Bank is not a "registered bank" in New Zealand under the Reserve Bank Act 1989.

**Singapore**

This report is distributed in Singapore by The Toronto-Dominion Bank, Singapore Branch, and recipients in Singapore of this report are to contact The Toronto-Dominion Bank, Singapore Branch in respect of any matters arising from, or in connection with, this report. The Toronto-Dominion Bank, Singapore Branch is regulated by the Monetary Authority of Singapore. Where this report is issued or promulgated in Singapore, it is only intended for distribution to a person who is an accredited investor, expert investor or institutional

investor as defined in the Securities and Futures Act (Cap. 289), the Securities and Futures (Prescribed Specific Classes of Investors) Regulations 2005, or the Securities and Futures (Classes of Investors) Regulations 2018 issued by the Monetary Authority of Singapore.

**United Kingdom and Europe**

TD Securities' principal trading area and investing businesses may make investment decisions that are inconsistent with recommendations or views expressed in our research. TD Securities maintains physical, electronic and procedural information barriers to address the flow of information between and among departments within TD Securities, as well as its affiliates. Additionally, the persons who are not involved with the production of the recommendation but are reasonably expected to have access to the recommendation prior to its completion are subject to policies and procedures preventing them to trade related to expected recommendation. Research department related policies are designed to prevent, monitor, surveil and avoid appearance of conflicts of interest with respect to the persons or associated persons involved in the production of the recommendation. This research report is to be communicated only to persons of a kind described in Articles 19 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005. It must not be further transmitted to any other person without our consent. The Toronto-Dominion Bank and TD Bank Europe Limited ("TDBEL") are regulated for investment business conducted in the UK by the UK Financial Conduct Authority. TD Global Finance unlimited company is regulated for investment business conducted in Ireland by the Central Bank of Ireland. Cowen Execution Services Limited is authorized and regulated in the UK by the Financial Conduct Authority.]

The Toronto-Dominion Bank and TD Bank Europe Limited are regulated for investment business conducted in the UK by the UK Financial Conduct Authority. TD Global Finance unlimited company is regulated for investment business conducted in Ireland by the Central Bank of Ireland. This document is prepared, issued or approved for issuance in the UK by the Toronto-Dominion Bank, TDBEL and/or in Europe by TD Global Finance unlimited company in respect of investment business. Insofar as the document is issued in or to the United Kingdom, it is intended only to be issued to persons who (i) are persons falling within Article 19(5) ("Investment professional") of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (as amended, the "Financial Promotion Order"), (ii) are persons falling within Article 49(2)(a) to (d) ("High net worth companies, unincorporated associations, etc.") of the Financial Promotion Order, or (iii) are persons to whom an invitation or inducement to engage in investment activity (within the meaning of section 21 of the Financial Services and Markets Act 2000) in connection with the issue or sale of any securities may otherwise lawfully be communicated or caused to be communicated. Insofar as the document is issued in or to the European Union, it is intended only to be issued to persons categorized as 'Per Se Professional' or 'Eligible Counterparties' as defined in S.I. No 375 of 2017, European Union (Markets in Financial Instruments) Regulations 2017, Schedule 2. Clients in the United Kingdom wishing to effect transactions in any security discussed herein should do so through a qualified salesperson of TD Bank Europe Limited. European clients wishing to effect transactions in any security discussed herein should do so through a qualified salesperson of TD Global Finance unlimited company. Article 20 Market Abuse Regulation 596/2014 ("MAR") requires market participants who produce or disseminate Investment Recommendations or other information recommending or suggesting an investment strategy to take reasonable care that such information is objectively presented, and to disclose their interests or indicate conflicts of interest.

In accordance with the MAR requirements, see the Investment Recommendations Disclaimer for relevant information in relation to The Toronto-Dominion Bank – London Branch, TDBEL and TD Global Finance unlimited company. https://www.tdsecurities.com/**tds**/document/MAR-IR-Disclaimer

**Additional Notice to European Union Investors:** Individuals producing recommendations are required to obtain certain licenses by the Financial Regulatory Authority (FINRA). You can review the author's current licensing status and history, employment history and, if any, reported regulatory, customer dispute, criminal and other matters via "Brokercheck by FINRA" at http://brokercheck.finra.org/. An individual's licensing status with FINRA should not be construed as an endorsement by FINRA. General biographical information is also available for each Research Analyst at www.tdcowen.com.

Additionally, the complete preceding 12-month recommendations history related to recommendation in this research report is available at https://tdcowen.bluematrix.com/sellside/Disclosures.action

The recommendation contained in this report was produced at September 25, 2024, 16:51ET. and disseminated at September 25, 2024, 16:51ET.

**Copyright, User Agreement and other general information related to this report.**

Copyright © 2024 The Toronto-Dominion Bank and/or its affiliates. All Rights Reserved. The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries. This research report is prepared for the exclusive use of TD Cowen clients and may not be copied, reproduced, posted, displayed, modified, redistributed, transmitted, or disclosed, in whole or in part, or in any form or manner, to others outside your organization without the express prior written consent of TD Cowen. Any unauthorized use or disclosure is prohibited. Receipt and review of this research constitutes your agreement not to reproduce, display, modify, distribute, transmit, or disclose to others outside your organization.

**TD Cowen: Atlanta** 866 544 7009 **Boston** 617 946 3700 **Calgary** 403 299 8572 **Chicago** 312 577 2240 **Cleveland** 440 331 3531 **Montreal** 514 289 1500 **New York** 646 562 1010 **San Francisco** 415 646 7200 **Stamford** 646 616 3000 **Toronto** 416 944 6978 **Vancouver** 604 654 3332

**TD COWEN EQUITY RESEARCH RATING DEFINITIONS**

**As of April 1, 2024, The Research Department of Cowen and Company, LLC merged into TD Securities (USA) LLC.**

**TD Cowen Equity Research Ratings Definitions applicable as of April 1, 2024 are as follows:**

**Buy (1):** The stock is expected to achieve total return of +15% or more over the next 12 months

**Hold (2):** The stock is expected to achieve a total return that falls between -10% to +15% over the next 12 months

**Sell (3):** The stock is expected to achieve a total return of -10% or below over the next 12 months

**Suspended (4):** Due to evolving circumstances and potential conflicts of interest, we can no longer generate what we consider a defensible rating at the current time

**Assumption:** The expected total return calculation includes annual return and forecasted dividend yield

**Cowen and Company, LLC Equity Research Rating Definitions applicable from 6:00PM ET March 22, 2024**

**Buy (1):** The stock is expected to achieve total return of +15% or more over the next 12 months

**Hold (2):** The stock is expected to achieve a total return that falls between -10% to +15% over the next 12 months

**Sell (3):** The stock is expected to achieve a total return of -10% or below over the next 12 months

**Suspended (4):** Due to evolving circumstances and potential conflicts of interest, we can no longer generate what we consider a defensible rating at the current time

**Assumption:** The expected total return calculation includes annual return and forecasted dividend yield

**Cowen and Company, LLC Equity Research Rating Definitions applicable until 5:59PM ET March 22, 2024**

**Outperform (1):** The stock is expected to achieve a total positive return of at least 15% over the next 12 months

**Market Perform (2):** The stock is expected to have a total return that falls between the parameters of an Outperform and Underperform over the next 12 months

**Underperform (3):** Stock is expected to achieve a total negative return of at least 10% over the next 12 months

**Assumption:** The expected total return calculation includes anticipated dividend yield

**TD Securities, Inc. Equity Research Rating Definitions applicable from 6:00PM ET March 22, 2024**

**Buy (1):** The stock is expected to achieve total return of +15% or more over the next 12 months

**Hold (2):** The stock is expected to achieve a total return that falls between -10% to +15% over the next 12 months

**Sell (3):** The stock is expected to achieve a total return of -10% or below over the next 12 months

**Suspended (4):** Due to evolving circumstances and potential conflict of interest, we can no longer generate what we consider a defensible rating at the current time.

**Assumption:** The expected total return calculation includes annual return and forecasted dividend yield

**TD Securities, Inc. Equity Research Rating Definitions applicable until 5:59PM ET March 22, 2024**

**Action List Buy:** The stock's total return is expected to exceed a minimum of 15% (with higher thresholds for less liquid, more risky securities) over the next 12 months and it is a top pick in the Analyst's sector.

**Buy:** The stock's total return is expected to exceed a minimum of 10% (with higher thresholds for less liquid, more risky securities) over the next 12 months.

**Speculative Buy:** The stock's total return is expected to exceed a minimum of 30% over the next 12 months (with higher thresholds for less liquid securities); however, there is material event risk associated with the investment that could result in a significant loss.

**Hold:** The stock's total return is expected to be between 0% and 10%, (with higher thresholds for less liquid, more risky securities) over the next 12 months.

**Tender:** Investors are advised to tender their shares to a specific offer for the company's securities or to support a proposed combination reflecting our view that a superior offer is not forthcoming.

**Reduce:** The stock's total return is expected to be negative over the next 12 months.

**Suspended:** Due to evolving circumstances, we can no longer generate what we consider a defensible target price and rating at the current time.

**Under Review:** Our rating is under review pending additional information and/or analysis. The prior rating should not be relied on.

**Not Rated:** We do not currently produce a recommendation and a target price on this security.

## TD Cowen Equity Research Rating Distribution

**Distribution of Ratings/Investment Banking Services (IB) as of 06/30/24**

| Rating | Count | Ratings Distribution | Count | IB Services/Past 12 Months |
|---|---|---|---|---|
| Buy | 833 | 67.34% | 284 | 34.09% |
| Hold | 395 | 31.93% | 89 | 22.53% |
| Sell | 9 | 0.73% | 1 | 11.11% |

TD Cowen Equity Research Rating Distribution Table does not include any subject company for which the equity research rating is currently suspended.



Visa Rating History as of 09/24/2024




**Legend for Price Chart:**

I = Initiation | 1 = Buy | 2 = Hold | 3 = Sell | 4 = Suspended | UR = Price Target Under Review | D = Discontinued Coverage | $xx = Price Target | NA = Not Available

## POINTS OF CONTACT

**Reaching TD Cowen**

### North American Locations

**Atlanta**
3424 Peachtree Road NE
Suite 2200
Atlanta, GA 30326
866 544 7009

**Boston**
Two International Place
Boston, MA 02110
617 946 3700
800 343 7068

**Calgary**
36th Floor, TD Canada Trust Tower
421 - 7th Avenue, S.W.
Calgary, Alberta
T2P 4K9
403 299 8572

**Chicago**
181 West Madison Street
Suite 3135
Chicago, IL 60602
312 577 2240

**Cleveland**
20006 Detroit Road
Suite 100
Rocky River, OH 44116
440 331 3531

**Montreal**
1 Place Ville Marie, Suite 1430
Montreal, Quebec
H3B 2B2
514 289 1500

**New York**
One Vanderbilt Avenue
New York, NY 10017
212 827 7000

**San Francisco**
One Maritime Plaza, 9th Floor
San Francisco, CA 94111
800 858 9316

**Stamford**
262 Harbor Drive
Stamford, CT 06902
646 616 3000

**Toronto**
P.O Box 1, TD Bank Tower
66 Wellington Street West
Toronto, Ontario
M5K 1A2
416 944 6978

**Vancouver**
TD Tower
700 West Georgia Street, Suite 1700
Vancouver, British Columbia
V7Y 1B6
604 654 3332

**Washington, D.C.**
2900 K Street, NW
Suite 520
Washington, DC 20007
202 868 5300

### International Location

**Cowen Execution Services Limited**

**London**
1 Snowden Street - 11th
Floor
London EC2A 2DQ
United Kingdom
44 20 7071 7500



 TD SECURITIES