1  MARK R.S. FOSTER (SBN 223682)
   mark.foster@skadden.com
2  BONIFACIO C. SISON (SBN 335484)
   bonifacio.sison@skadden.com
3  MADISON M. FLOWERS (SBN 345759)
   madison.flowers@skadden.com
4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   525 University Avenue
5  Palo Alto, California 94301
   Telephone: (650) 470-4500
6  Facsimile: (650) 470-4570

7
   *Attorneys for Defendants*
8  *Defendants Visa Inc., Ryan McInerney,*
   *Chris Suh, Vasant Prabhu, Alfred F. Kelly, Jr.,*
9  *Peter Andreski, Oliver Jenkyn, and Jack Forestell*

10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                              SAN JOSE DIVISION

14

15  BEIBEI CAI, Individually and on behalf of all  ) Case No. 5:24-cv-08220-NW
    others similarly situated,                     )
16                                                 ) **[PROPOSED] ORDER GRANTING**
                     Plaintiffs,                   ) **DEFENDANTS' MOTION TO DISMISS**
17                                                 ) **THE AMENDED CLASS ACTION**
           v.                                      ) **COMPLAINT FOR VIOLATIONS OF THE**
18                                                 ) **FEDERAL SECURITIES LAWS**
    VISA INC, RYAN MCINERNEY, CHRIS                )
19  SUH, VASANT PRABHU, ALFRED F.                  ) Date:   December 17, 2025
    KELLY, JR., PETER ANDRESKI, OLIVER             ) Time:   9:00 a.m.
20  JENKYN, and JACK FORESTELL,                    ) Court:  Courtroom 3, 5th Floor
                                                   ) Judge:  Hon. Noël Wise
21                   Defendants.                   )
                                                   )
22                                                 )

23

24

25

26

27

28

---

[PROPOSED] ORDER RE: DEFENDANTS'                                  Case No. 5:24-cv-08220-NW
MOTION TO DISMISS

**[PROPOSED] ORDER**

The Motion to Dismiss filed by Defendants Visa Inc, Ryan McInerney, Chris Suh, Vasant Prabhu, Alfred F. Kelly, Jr., Peter Andreski, Oliver Jenkyn, and Jack Forestell was heard on December 17, 2025 at 9:00 a.m. by this Court. For all of the reasons set forth in Defendants' briefing and given during oral argument, the Court finds that the motion should be granted with prejudice.

Accordingly, **IT IS HEREBY ORDERED THAT** Defendants' Motion to Dismiss is **GRANTED**, and the Amended Class Action Complaint is dismissed in its entirety with prejudice.

Dated:_____

_____
Honorable Noël Wise
United States District Judge