MARK R.S. FOSTER (SBN 223682)
mark.foster@skadden.com
BONIFACIO C. SISON (SBN 335484)
bonifacio.sison@skadden.com
MADISON M. FLOWERS (SBN 345759)
madison.flowers@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

*Attorneys for Defendants*
*Defendants Visa Inc., Ryan McInerney,*
*Chris Suh, Vasant Prabhu, Alfred F. Kelly, Jr.,*
*Peter Andreski, Oliver Jenkyn, and Jack Forestell*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| BEIBEI CAI, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VISA INC, RYAN MCINERNEY, CHRIS SUH, VASANT PRABHU, ALFRED F. KELLY, JR., PETER ANDRESKI, OLIVER JENKYN, and JACK FORESTELL,<br><br>Defendants. | Case No. 5:24-cv-08220-NW<br><br>**DECLARATION OF MARK R.S. FOSTER IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE PORTIONS OF AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>Date:  December 17, 2025<br>Time:  9:00 a.m.<br>Court: Courtroom 3, 5th Floor<br>Judge: Hon. Noël Wise |

DECLARATION OF MARK R.S. FOSTER ISO DEFS' MTS    Case No. 5:24-cv-08220-NW
CLASS ACTION COMPLAINT

I, Mark R.S Foster, hereby declare as follows:

I am an attorney admitted to practice before the courts of the State of California and am a member of the bar of this Court. I am a partner at the law firm Skadden, Arps, Slate, Meagher & Flom LLP, which is counsel of record for Defendants Visa Inc, Ryan McInerney, Chris Suh, Vasant Prabhu, Alfred F. Kelly, Jr., Peter Andreski, Oliver Jenkyn, and Jack Forestell in the above-captioned matter. The information contained in this declaration is based on my own personal knowledge, and if called upon to do so, I could and would testify competently thereto. Pursuant to Civil Local Rules 7-2 and 7-5, I submit this declaration in support of the accompanying Motion to Strike Portions of the Amended Class Action Complaint for Violation of the Federal Securities Laws (the "Motion to Strike").

1. Attached to this declaration as Exhibit A is a true and correct copy of the complaint filed by the Department of Justice in the matter captioned *United States v. Visa Inc.*, No. 1:24CV07214 (S.D.N.Y.) (the "DOJ Complaint"). Plaintiffs incorporate the DOJ Complaint by reference in ¶ 78 of the Amended Class Action Complaint.

2. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 12, 2025, in Palo Alto, California.

By: _____/s/ Mark R.S. Foster_____
　　　　　　MARK R.S. FOSTER