MARK R.S. FOSTER (SBN 223682)
mark.foster@skadden.com
BONIFACIO C. SISON (SBN 335484)
bonifacio.sison@skadden.com
MADISON M. FLOWERS (SBN 345759)
madison.flowers@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

*Attorneys for Defendants*
*Defendants Visa Inc., Ryan McInerney,*
*Chris Suh, Vasant Prabhu, Alfred F. Kelly, Jr.,*
*Peter Andreski, Oliver Jenkyn, and Jack Forestell*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| BEIBEI CAI, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VISA INC, RYAN MCINERNEY, CHRIS SUH, VASANT PRABHU, ALFRED F. KELLY, JR., PETER ANDRESKI, OLIVER JENKYN, and JACK FORESTELL,<br><br>Defendants. | Case No. 5:24-cv-08220-NW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE PORTIONS OF AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>Date:     December 17, 2025<br>Time:     9:00 a.m.<br>Court:    Courtroom 3, 5th Floor<br>Judge:    Hon. Noël Wise |

**[PROPOSED] ORDER**

The Motion to Strike filed by Defendants Visa Inc, Ryan McInerney, Chris Suh, Vasant Prabhu, Alfred F. Kelly, Jr., Peter Andreski, Oliver Jenkyn, and Jack Forestell was heard on December 17, 2025 at 9:00 a.m. by this Court. For all of the reasons articulated in Defendants' briefing and during oral argument, the Court finds that the motion should be granted.

After full consideration of the pleadings and the authorities submitted by counsel, and good cause appearing, the Court hereby GRANTS Defendants' Motion to Strike in its entirety.

IT IS SO ORDERED.

Dated: _____

_____
Honorable Noël Wise
United States District Judge