Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Lead Plaintiff and Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| BEIBEI CAI, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VISA INC, RYAN MCINERNEY, CHRIS SUH, VASANT PRABHU, ALFRED F. KELLY, JR., PETER ANDRESKI, OLIVER JENKYN, and JACK FORESTELL,<br><br>Defendants. | Case No. 5:24-cv-08220-NW<br><br>CLASS ACTION<br><br>**DECLARATION OF BRIAN B. ALEXANDER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**<br><br>JUDGE:  Hon. Noël Wise<br>DATE:  December 17, 2025<br>TIME:  9 a.m.<br>CTRM:  Courtroom 3, 5th Floor |

1

I, Brian B. Alexander, declare:

1.    I am an attorney admitted to practice *pro hac vice* in this Court. I am a partner of The Rosen Law Firm, P.A., Lead Counsel for Lead Plaintiff. I make this Declaration in support of Plaintiff's Opposition to Defendants' Motion to Dismiss the Amended Class Action Complaint. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.    Attached hereto as Exhibit 1 is a true and correct excerpt from Visa's Form 10-K for the fiscal year ended September 30, 2023 (Visa's "2023 10-K"), which Visa filed publicly with the U.S. Securities and Exchange Commission on November 15, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 10, 2025, in New York, New York.


/s/ *Brian B. Alexander*
Brian B. Alexander

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 10, 2025                     /s/ *Brian B. Alexander*
                                            Brian B. Alexander

3