Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Lead Plaintiff and Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| BEIBEI CAI, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>VISA INC, RYAN MCINERNEY, CHRIS SUH, VASANT PRABHU, ALFRED F. KELLY, JR., PETER ANDRESKI, OLIVER JENKYN, and JACK FORESTELL,<br><br>    Defendants. | Case No. 5:24-cv-08220-NW<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF BRIAN B. ALEXANDER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE PORTIONS OF THE AMENDED CLASS ACTION COMPLAINT**<br><br>JUDGE:   Hon. Noël Wise<br>DATE:    December 17, 2025<br>TIME:    9 a.m.<br>CTRM:   Courtroom 3, 5th Floor |

1

ALEXANDER DECLARATION ISO PL'S OPP TO DEFS' MTS       5:24-cv-08220-NW

I, Brian B. Alexander, declare:

1.    I am an attorney admitted to practice *pro hac vice* in this Court. I am a partner of The Rosen Law Firm, P.A., Lead Counsel for Lead Plaintiff. I make this Declaration in support of Plaintiff's Opposition to Defendants' Motion to Strike Portions of the Amended Class Action Complaint. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.    Attached hereto as Exhibit 1 is a true and correct copy of Visa's Amended Answer, filed as ECF No. 109 in *United States of America v. Visa Inc.*, 1:24-CV-07214 (S.D.N.Y. Aug. 22, 2025).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 10, 2025, in New York, New York.


/s/ *Brian B. Alexander*
Brian B. Alexander

ALEXANDER DECLARATION ISO PL'S OPP TO DEFS' MTS          5:24-cv-08220-NW

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 10, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 10, 2025                         /s/ *Brian B. Alexander*
                                                Brian B. Alexander

ALEXANDER DECLARATION ISO PL'S OPP TO DEFS' MTS          5:24-cv-08220-NW