Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Lead Plaintiff and Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| BEIBEI CAI, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>VISA INC, RYAN MCINERNEY, CHRIS SUH, VASANT PRABHU, ALFRED F. KELLY, JR., PETER ANDRESKI, OLIVER JENKYN, and JACK FORESTELL,<br><br>        Defendants. | Case No. 5:24-cv-08220-NW<br><br>CLASS ACTION<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE AND CONSIDERATION OF INCORPORATED DOCUMENTS**<br><br>JUDGE:    Hon. Noël Wise<br>DATE:    December 17, 2025<br>TIME:    9 a.m.<br>CTRM:    Courtroom 3, 5th Floor |

When ruling on a motion to dismiss, the court "must consider the complaint in its entirety, as well as… documents incorporated into the complaint by reference, and matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor Issues & Rts., Ltd.*, 551 U.S. 308, 322 (2007).

Under Federal Rule of Evidence 201, "[t]he court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Accordingly, "[a] court may take judicial notice of matters of public record," but not of "disputed facts contained in such public records." *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 999 (9th Cir. 2018).

"Incorporation-by-reference is a judicially created doctrine that treats certain documents as though they are part of the complaint itself," for example where they are sufficiently referred to in the complaint or form the basis of plaintiffs' claims. *Id.* at 1002.

In support of the Opposition to Defendants' Motion to Dismiss the Amended Class Action Complaint and the Opposition to Defendants' Motion to Strike Portions of the Amended Class Action Complaint, Plaintiff respectfully requests that the Court take judicial notice of, and/or consider incorporated by reference, the following.

*First*, the Court should take judicial notice of Visa's Form 10-K for the fiscal year ended September 30, 2023 (the "2023 10-K"), an excerpt of which is attached as Exhibit 1 to the Declaration of Brian Alexander in Support of Plaintiff's Opposition to the Motion to Dismiss the Amended Class Action Complaint. Visa's 2023 10-K is quoted and relied on in the Complaint, and is therefore incorporated by reference. *See, e.g.,* ¶¶74, 167-68, 174-75, 210; *see SEB Inv. Mgmt. AB v. Wells Fargo & Co.*, 2024 WL 3579322, at *8 (N.D. Cal. July 29, 2024) (considering documents quoted in the complaint as incorporated by reference). In addition, courts regularly take judicial notice of SEC filings, as they are matters of public record not subject to reasonable dispute. *See, e.g., Sec. & Exch. Comm'n v. Prakash*, 718 F. Supp. 3d 1098, 1105-06 (N.D. Cal. 2024) (documents were "judicially noticeable as SEC filings").

*Second*, the Court should take judicial notice of Visa's Amended Answer, filed as ECF No. 109 in *United States of America v. Visa Inc.*, 1:24-CV-07214 (S.D.N.Y. Aug. 22, 2025), attached

- 1 -

as Exhibit 1 to the Declaration of Brian Alexander in Support of Plaintiff's Opposition to the Motion to Strike Portions of the Amended Class Action Complaint. Courts regularly judicial notice documents that have been filed in other courts. *See, e.g., Lin v. Solta Med., Inc.*, 2021 WL 5771140, at *7 (N.D. Cal. Dec. 6, 2021) (taking notice of "public filings from other courts"); *see also Holder v. Holder*, 305 F.3d 854, 866 (9th Cir. 2002).

DATED: October 10, 2025            **THE ROSEN LAW FIRM, P.A.**

Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

By: /s/*Brian B. Alexander*
Brian B. Alexander, Esq. (*pro hac vice*)
Michael Cohen (*pro hac vice* forthcoming)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: balexander@rosenlegal.com
        mcohen@rosenlegal.com

*Lead Counsel for Lead Plaintiff and Class*

PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE            CASE NO. 5:24-cv-08220-NW

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 10, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 10, 2025                    /s/ *Brian B. Alexander*
                                                      Brian B. Alexander

- 3 -

CERTIFICATE OF SERVICE                                    CASE NO. 5:24-cv-08220-NW