Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Lead Plaintiff and Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| BEIBEI CAI, Individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>VISA INC, RYAN MCINERNEY, CHRIS SUH, VASANT PRABHU, ALFRED F. KELLY, JR., PETER ANDRESKI, OLIVER JENKYN, and JACK FORESTELL,<br><br>　　　Defendants. | Case No. 5:24-cv-08220-NW<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE AND CONSIDERATION OF INCORPORATED DOCUMENTS**<br><br>JUDGE:　Hon. Noël Wise<br>DATE:　December 17, 2025<br>TIME:　9 a.m.<br>CTRM:　Courtroom 3, 5th Floor |

**[PROPOSED ORDER]**

The Court, having considered Plaintiff's Request for Judicial Notice and Consideration of Incorporated Documents, and all papers filed in support and opposition thereof, and the argument of counsel, and good cause appearing, hereby **GRANTS** the Motion.

**IT IS HEREBY ORDERED THAT** Plaintiff's Request for Judicial Notice and Consideration of Incorporated Documents is **GRANTED**.

Dated:_____, 2025

_____
Hon. Noël Wise
United States District Judge

- 1 -

[PROPOSED] ORDER GRANTING PL'S RJN                    CASE NO. 5:24-cv-08220-NW

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 10, 2025

/s/ *Brian B. Alexander*
Brian B. Alexander

- 2 -

[PROPOSED] ORDER GRANTING PL'S RJN                     CASE NO. 5:24-cv-08220-NW