LAURENCE M. ROSEN (SBN 219683)
lrosen@rosenlegal.com
THE ROSEN LAW FIRM, P.A.
355 South Grant Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684

*Attorneys for Lead Plaintiff Beibei Cai*

MARK R.S. FOSTER (SBN 223682)
mark.foster@skadden.com
BONIFACIO C. SISON (SBN 335484)
bonifacio.sison@skadden.com
MADISON M. FLOWERS (SBN 345759)
madison.flowers@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

*Attorneys for Defendants Visa Inc., Ryan McInerney,*
*Chris Suh, Vasant Prabhu, Alfred F. Kelly, Jr.,*
*Peter Andreski, Oliver Jenkyn, and Jack Forestell*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEIBEI CAI, Individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>VISA INC., RYAN MCINERNEY, CHRIS SUH, VASANT PRABHU, ALFRED F. KELLY, JR., PETER ANDRESKI, OLIVER JENKYN, and JACK FORESTELL,<br><br>        Defendants. | Case No. 5:24-cv-08220-NW<br><br>**CLASS ACTION**<br><br>Judge: Hon. Noël Wise<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER CLARIFYING SCHEDULE FOR AMENDING COMPLAINT** |

Lead Plaintiff Beibei Cai ("Plaintiff") and Defendants Visa Inc., Ryan McInerney, Chris Suh, Vasant Prabhu, Alfred F. Kelly, Jr., Peter Andreski, Oliver Jenkyn, and Jack Forestell (collectively, "Defendants" and, together with Plaintiff, the "Parties"), by and through their counsel, stipulate as follows:

WHEREAS, on December 10, 2025, the Court issued an Order granting the Defendants' Motion to Dismiss the Amended Complaint with leave to amended (ECF No. 55) (the "December 10, 2025 Order");

WHEREAS, the December 10, 2025 Order stated: "If Plaintiffs wish to file an amended complaint correcting the deficiencies identified above, they shall do so within 30 days of the date of this Order, or by January 2, 2026" (*id.* at 11);

WHEREAS, thirty (30) days from the date of the December 10, 2025 Order is January 9, 2026, not January 2, 2026;

WHEREAS, Plaintiff respectfully requests that the Court clarify the December 10, 2025 Order by ordering that Plaintiff shall file an amended complaint within 30 days of the December 10, 2025 Order, or by January 9, 2026;

WHEREAS, Defendants do not oppose this clarification.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES, that:

1.    Plaintiff shall file an amended complaint within 30 days of the December 10, 2025 Order, or by January 9, 2026.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
GRANTED
Judge Noël Wise

---

STIPULATION AND [PROPOSED] ORDER CLARIFYING SCHEDULE                    NO. 5:24-CV-08220-NW

Dated: December 16, 2025

Respectfully submitted,

THE ROSEN LAW FIRM, P.A.

Laurence M. Rosen (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grant Avenue, Suit 2450
Los Angeles, California 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
lrosen@rosenlegal.com

By */s/ Brian B. Alexander*_____
Phillip C. Kim (admitted *pro hac vice*)
Brian B. Alexander (admitted *pro hac vice*)
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com

*Attorneys for Lead Plaintiff Beibei Cai*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By */s/ Mark R.S. Foster*_____
MARK R.S. FOSTER (SBN 223682)
mark.foster@skadden.com
BONIFACIO C. SISON (SBN 335484)
bonifacio.sison@skadden.com
MADISON M. FLOWERS (SBN 345759)
madison.flowers@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

*Attorneys for Defendants Visa Inc., Ryan McInerney, Chris Suh, Vasant Prabhu, Alfred F. Kelly, Jr., Peter Andreski, Oliver Jenkyn, and Jack Forestell*

STIPULATION AND [PROPOSED] ORDER CLARIFYING SCHEDULE                    NO. 5:24-CV-08220-NW