MARK R.S. FOSTER (SBN 223682)
mark.foster@skadden.com
BONIFACIO C. SISON (SBN 335484)
bonifacio.sison@skadden.com
MADISON M. FLOWERS (SBN 345759)
madison.flowers@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

*Attorneys for Defendants*
*Visa Inc., Ryan McInerney,*
*Chris Suh, Vasant Prabhu, Alfred F. Kelly, Jr.,*
*Peter Andreski, Oliver Jenkyn, and Jack Forestell*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| BEIBEI CAI, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VISA INC., RYAN MCINERNEY, CHRIS SUH, VASANT PRABHU, ALFRED F. KELLY, JR., PETER ANDRESKI, OLIVER JENKYN, and JACK FORESTELL,<br><br>Defendants. | Case No. 5:24-cv-08220-NW<br><br>**DECLARATION OF MARK R.S. FOSTER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>Date:      April 29, 2026<br>Time:      9:00 a.m.<br>Court:     Courtroom 3, 5th Floor<br>Judge:    Hon. Noël Wise |

DECLARATION OF MARK R.S. FOSTER                    Case No. 5:24-cv-08220-NW
ISO DEFS' MTD SAC

I, Mark R.S. Foster, hereby declare as follows:

I am an attorney admitted to practice before the courts of the State of California and am a member of the bar of this Court. I am a partner at the law firm Skadden, Arps, Slate, Meagher & Flom LLP, which is counsel of record for Defendants Visa Inc., Ryan McInerney, Chris Suh, Vasant Prabhu, Alfred F. Kelly, Jr., Peter Andreski, Oliver Jenkyn, and Jack Forestell in the above-captioned matter. The information contained in this declaration is based on my own personal knowledge, and if called upon to do so, I could and would testify competently thereto. Pursuant to Civil Local Rules 7-2 and 7-5, I submit this declaration in support of the accompanying Motion to Dismiss the Second Amended Class Action Complaint (the "Motion").

1. Attached to this declaration as **Exhibit 1** is a true and correct copy of an article titled "Visa Faces Antitrust Investigation Over Debit-Card Practices," published by the *Wall Street Journal* on March 19, 2021.

2. Attached to this declaration as **Exhibit 2** is a true and correct copy of an article titled "Justice Department Probes Visa's Relationships with Fintech Firm," published by the *Wall Street Journal* on October 27, 2021.

3. Attached to this declaration as **Exhibit 3** is a true and correct copy of an article titled "Visa Faces Justice Department Antitrust Case on Debit Cards," published by *Bloomberg News* on September 23, 2024.

4. Attached to this declaration as **Exhibit 4** is a true and correct copy of the "DealBook" newsletter, published by the *New York Times* on September 24, 2024.

5. Attached to this declaration as **Exhibit 5** is a true and correct copy of an investment analyst report titled "Follow-Up: DOJ Files Antitrust Lawsuit Against Visa," published by TD Cowen, a division of TD Securities, on September 25, 2024.

6. Attached to this declaration as **Exhibit 6** is a true and correct copy of an investment analyst report titled "Flash: Visa, Inc. (V), V: Additional Thoughts on the DOJ Debit Lawsuit," published by Wolfe Research on September 24, 2024.

DECLARATION OF MARK R.S. FOSTER
ISO DEFS' MTD SAC

Case No. 5:24-cv-08220-NW

7. Attached to this declaration as **Exhibit 7** is a true and correct copy of an investment analyst report titled, "Thoughts on DOJ's Complaint Focused on V's US Debit Business," published by Jefferies on September 25, 2024.

8. Attached to this declaration as **Exhibit 8** is a true and correct copy of an investment analysis report titled "DoJ Lawsuit: Lower Incentives Would Help Offset Impact of Market Share Losses," published by Barclays on September 26, 2024.

9. Attached to this declaration as **Exhibit 9** is a true and correct copy of an investment analyst report titled "Failed To Gain US Debit Market Share Since 1960? Blame Visa," published by Compass Point on September 24, 2024.

10. Attached to this declaration as **Exhibit 10** is a true and correct copy of an investment analyst report titled "DOJ Case Likely to Require Time, Unlikely to Have Significant Financial Impact," published by Morgan Stanley on September 25, 2024.

11. Attached to this declaration as **Exhibit 11** is a true and correct copy of Visa's historic closing stock-prices spanning the two-year period from December 30, 2022, through December 30, 2024. This data was obtained from Bloomberg. Charts 1 and 2 were prepared using the data in **Exhibit 11**.

12. Attached to this declaration as **Exhibit 12** are true and correct copies of all Form 4 filings that reflect stock sales transactions submitted by Ryan McInerney to the SEC from July 7, 2023 to September 4, 2024.

13. Attached to this declaration as **Exhibit 13** is a true and correct copy of the Form 4 filing submitted by Peter Andreski to the SEC on February 8, 2024.

14. Attached to this declaration as **Exhibit 14** are true and correct copies of all Form 4 filings submitted by Alfred Kelly Jr. to the SEC from January 18, 2023 to November 16, 2024.

15. Attached to this declaration as **Exhibit 15** is a true and correct copy of the Form 4 filing submitted by Vasant Prabhu to the SEC on May 1, 2023.

16. Attached to this declaration as **Exhibit 16** is a true and correct copy of the Form 4 filing submitted by Paul Fabara to the SEC on May 15, 2024.

DECLARATION OF MARK R.S. FOSTER
ISO DEFS' MTD SAC

Case No. 5:24-cv-08220-NW

17.    Attached to this declaration as **Exhibit 17** is a summary table prepared under my supervision reflecting select data from the stock sale transactions on the Form 4 filings from **Exhibits 12 through 16**.

Executed on January 23, 2026, in Palo Alto, California.

By: _____/s/ Mark R.S. Foster_____
MARK R.S. FOSTER

*Attorneys for Defendants*
*Visa Inc., Ryan McInerney, Chris Suh,*
*Vasant Prabhu, Alfred F. Kelly, Jr., Peter*
*Andreski, Oliver Jenkyn, and Jack*
*Forestell*

4

DECLARATION OF MARK R.S. FOSTER                    Case No. 5:24-cv-08220-NW
ISO DEFS' MTD SAC