# Exhibit 1

# Visa Faces Antitrust Investigation Over Debit-Card Practices;  Justice Department probe focuses on whether Visa 's actions allow it to maintain a dominant market share unlawfully

The Wall Street Journal Online

March 19, 2021

Copyright 2021 Factiva ®, from Dow Jones
All Rights Reserved



Copyright 2021 Dow Jones & Company, Inc. All Rights Reserved.

## THE WALL STREET JOURNAL.

**Section:** MARKETS; Finance

**Length:** 757 words

**Byline:** By AnnaMaria Andriotis and Brent Kendall

## Body

The Justice Department is investigating whether Visa Inc . is engaging in anticompetitive practices in the debit-card market, a probe that casts a cloud over a core part of its business.

The department's antitrust division has been gathering information and asking whether Visa , the largest U.S. card network, has limited merchants' ability to route debit-card transactions over card networks that are often less expensive, according to people familiar with the matter.

Many of the department's questions have focused on online debit-card transactions, but investigators have asked about in-store issues as well, the people said.

The probe highlights the important role of the so-called network fees  that are invisible to consumers, lucrative for card companies, but a weight on merchants, who often pass on the fees in the form of higher prices to customers.

It comes as Justice Department antitrust enforcers across administrations have placed an emphasis on scrutinizing digital-marketplace activities  , including in the financial sector, and on investigating the business practices of dominant firms.

In the new probe, the department is considering whether Visa 's practices are allowing it to maintain a dominant market share unlawfully, the people said.

A Justice Department spokeswoman declined to comment.

Visa confirmed the probe in a regulatory filing Friday afternoon after The Wall Street Journal reported the investigation. It said it is cooperating with the Justice Department. The company said it hasn't yet received a civil subpoena from the department but "we have received a notice to preserve relevant documents related to the investigation."

Visa Faces Antitrust Investigation Over Debit-Card Practices Justice Department probe focuses on whether Visa 's actions allow it to maintain a dominant market ....

"We believe Visa 's U.S. debit practices are in compliance with applicable laws," the company added.

Visa 's share price fell more than 6% Friday.

Antitrust investigators have asked questions beyond just the debit-card routing issue, some of the people said. The department also has asked about Mastercard Inc .'s role in the debit-card marketplace, and whether financial-technology firms are real competitors to Visa and Mastercard , one of the people said.

A Mastercard spokesman didn't provide a comment.

The new civil investigation, launched in recent weeks, follows on the heels of the department's investigation of Visa's proposed acquisition  of financial-technology firm Plaid Inc., the people said. The department sued Visa in November  over the Plaid deal, alleging that the acquisition would allow Visa to unlawfully maintain a monopoly in online debit, where the department said it holds a roughly 70% market share.

Plaid was developing an innovative, cheaper payment technology that could have been a threat to Visa , the government alleged. Visa called the lawsuit misguided, saying Plaid wasn't in fact a competitor.

The companies dropped the deal in January, citing the potential length and complexity of litigation.

How debit-card transactions are routed is a longstanding point of contention between merchants and card companies. The Durbin amendment, a part of the 2010 Dodd-Frank Act, requires that merchants have the ability to choose from at least two unaffiliated debit-card networks to route transactions.

Merchants have for years alleged that they are often unable to route online debit-card purchases over smaller networks, such as Shazam or NYCE, when Visa or Mastercard 's name is on the front of a card. The merchants say that as a result, they often end up paying higher network fees compared with what they would pay to lesser-known networks.

The Justice Department is seeking information about the financial incentives that Visa provides to banks that issue cards on its network, according to one of the people familiar with the matter. It is looking at whether those incentives encourage banks to not enable routing on other networks, the person said.

The DOJ also has asked about debit-card routing practices tied to newer payment methods, one of the people said. That includes when debit cards are used with mobile wallets like Apple Pay and separately when in-store customers pay by tapping debit cards on payment terminals rather than inserting them.

Separately, the Federal Trade Commission has been investigating Visa and Mastercard over debit-card routing. Sen. Richard Durbin and Rep. Peter Welch also raised the issue in a letter to the Federal Reserve  last summer.

Write to AnnaMaria Andriotis at annamaria.andriotis@wsj.com    and Brent Kendall at brent.kendall@wsj.com    and Brent Kendall at

Visa Faces Antitrust Investigation Over Debit-Card Practices

## Notes

PUBLISHER: Dow Jones & Company, Inc.

## Classification

**Language:** ENGLISH

Visa Faces Antitrust Investigation Over Debit-Card Practices Justice Department probe focuses on whether Visa 's actions allow it to maintain a dominant market ....

**Publication-Type:** Web Publication

**Journal Code:** WSJO

**Subject:** ANTITRUST & TRADE LAW (94%); JUSTICE DEPARTMENTS (93%); BUSINESS INVESTIGATIONS (90%); INVESTIGATIONS (90%); LAW ENFORCEMENT (90%); NEGATIVE BUSINESS NEWS (90%); RESTRAINT OF TRADE (90%); TRADE PRACTICES & UNFAIR COMPETITION LAW (90%); UNFAIR COMPETITION (90%); CRIMINAL INVESTIGATIONS (89%); FINANCIAL TECHNOLOGY (89%); FORTUNE 500 COMPANIES (89%); GOVERNMENT BODIES & OFFICES (89%); SUITS & CLAIMS (89%); TECHNOLOGY (89%); CONSUMERS (79%); PRICES (79%); ANTITRUST LITIGATION (78%); COMPANY ACTIVITIES & MANAGEMENT (78%); JOINT VENTURES, MERGERS & ACQUISITIONS LAW (78%); PAYMENT TECHNOLOGY (78%); STOCK PRICES (78%); SUBPOENAS (78%); REGULATORY ACTIONS (73%); LITIGATION (63%); c18 Ownership Changes (%); c181 Acquisitions/Mergers/Shareholdings (%); c313 Market Share (%); c34 Anti-Competition Issues (%); cacqu Acquisitions/Mergers (%); cactio Corporate Actions (%); ccat Corporate/Industrial News (%); cdom Markets/Marketing (%); gcat Political/General News (%); gpir Politics/International Relations (%); ncat Content Types (%); ncolu Columns (%); nfact Factiva Filters (%); nfcpin C&E Industry News Filter (%)

**Company:**  VISA INC (98%);  MASTERCARD INC (82%);  WALL STREET JOURNAL (54%); visa Visa Inc.

**Organization:** US DEPARTMENT OF JUSTICE (96%)

**Ticker:** V (NYSE) (98%); MA (NYSE) (82%)

**Industry:** NAICS522320 FINANCIAL TRANSACTIONS PROCESSING, RESERVE & CLEARINGHOUSE ACTIVITIES (98%); NAICS522210 CREDIT CARD ISSUING (82%); SIC6141 PERSONAL CREDIT INSTITUTIONS (82%); MARKET SHARE (98%); DEBIT CARDS (92%); RETAILERS (90%); CREDIT CARDS (89%); FINANCIAL TECHNOLOGY (89%); INFORMATION TECHNOLOGY INDUSTRY (89%); BANKING & FINANCE REGULATION & POLICY (78%); ONLINE INFORMATION VENDORS (78%); PAYMENT TECHNOLOGY (78%); STOCK PRICES (78%); BANKING & FINANCE (74%); i81501 Credit Types/Services (%); i8150105 Consumer Lending (%); i8150107 Debit Cards (%); i8150108 Credit Cards (%); ibnk Banking/Credit (%); ifinal Financial Services (%); ifmsoft Financial Technology (%); iplastic Electronic Payment Systems (%); itech Technology (%)

**Geographic:** NORTH AMERICA (79%); UNITED STATES (79%); namz North America; usa United States

IP Descriptors: AC:WSJXCL CODES_REVIEWED Credit Card EXCLUSIVE Finance Fortune 500 kwexclusive NWREGULAR Online SB1136292699650950444540458735002305848333922 SYND Wires WSJ WSJ Japanese WSJ News Exclusive | WSJ-PRO-WSJ.com WSJ.com WSJ.com Site Search WSJAsia WSJEurope WSJSunday xf500

IP Codes: AC:WSJXCL CODES_REVIEWED Credit Card EXCLUSIVE Finance Fortune 500 kwexclusive NWREGULAR Online SB1136292699650950444540458735002305848333922 SYND Wires WSJ WSJ Japanese WSJ News Exclusive | WSJ-PRO-WSJ.com WSJ.com WSJ.com Site Search WSJAsia WSJEurope WSJSunday xf500

Visa Faces Antitrust Investigation Over Debit-Card Practices Justice Department probe focuses on whether Visa 's actions allow it to maintain a dominant market ....

**Load-Date:** January 17, 2025

---

**End of Document**