# Exhibit 3

Industries | Legal

# Visa Faces Justice Department Antitrust Case on Debit Cards

■ US set to file broad monopolization lawsuit against Visa
■ Allegations grew out of DOJ scrutiny over failed Plaid deal



Tap to unmute                                    Advertisement   0:21

Skip Ad ▷|

Visa and Its Debit-Card Dominance Are in DOJ Crosshairs

By Leah Nylen and Kartikay Mehrotra (Bloomberg Law)
September 23, 2024 at 3:54 PM PDT
*Updated on September 23, 2024 at 4:07 PM PDT*



🔒 This article is for **subscribers only**.

The US Justice Department plans to allege that Visa Inc. illegally monopolized the US debit card market, according to people familiar with the matter.

The antitrust division is set to file a lawsuit as soon as Tuesday accusing the operator of the largest US payments network of a range of anticompetitive conduct, said the people, who asked not to be identified discussing the case. The government is expected to file the case in federal court.

Antitrust enforcers are preparing to accuse Visa of taking steps to keep rivals from challenging its dominance in the debit card market, said the people. The government's allegations include that Visa made exclusive agreements to hinder the expansion of competing networks and thwarted efforts by technology companies to enter the market.

Visa shares fell as much as 1.95% in post-market trading in New York on Monday after the news.

Visa and the Justice Department declined to comment.

The Justice Department lawsuit would be the culmination of years-long probes of Visa's business practices. The investigation was born out of the firm's failed acquisition of the financial-technology infrastructure firm Plaid Inc. in 2021.

Read more: Visa Faces DOJ Scrutiny for How It Prices 'Token' Technology

Over the course of the inquiry, the Justice Department also examined Visa's pricing structure in what's known in the industry as "tokenization" technology.

Payments network rival Mastercard Inc. settled a separate enforcement action last year targeting its tokenization technology practices brought by the US Federal Trade Commission, which also enforces antitrust laws.
— *With assistance from Paige Smith*

*(Updates with after market share drop in fourth paragraph.)*



Save

Contact us:

**Provide news feedback or report an error**

Site feedback:

**Take our Survey** ⎘

Confidential tip?

**Send a tip to our reporters**

Before it's here, it's on the Bloomberg Terminal

©2026 Bloomberg L.P. All Rights Reserved.