# Exhibit 6



**FLASH**

# *FLASH:* **VISA, INC. (V)**

## *V: Additional Thoughts on the DOJ Debit Lawsuit*

- **On Tuesday the DOJ filed its lawsuit against V, alleging a monopoly in the US debit market ([full complaint here](#)).** Shares fell 5.5% vs. S&P up 0.25%.

- **Given the extensive nature of the complaint (see below for detail), our view doesn't change that this lawsuit will result in a multi-year process and have little impact on near-term growth.** Further, checks continue to suggest that material market share alone may not qualify as breaking antitrust laws unless achieved through anti-competitive practices, and some of the below callouts such as bundled offerings and volume-based pricing are often normal practices in other industries. That said, we suspect V may tread lightly on any domestic pricing near-term, though recent pricing has been driven by Cx-border and VAS.

- **Visa's Debit Share:** Per DOJ, V maintains 60% share of US debit transactions (65% on CNP) and ~70% volume share. The DOJ states that V earns more from debit vs. credit in the US, and cites 83% North American operating margins. The lawsuit contends that upwards of 75% of V's debit volumes (constituting 45% of US debit) are 'non-contestable' transactions, alleging that contracts and technical enablement differences (incl. tokenization) often leave merchants no other choice than to route transactions over V.

- **V's US debit business today likely represents a high-teens proportion of net revenues** (19% in 2022 per DOJ, likely lower now due to higher growth of VAS/ Cx-border). For reference, we estimate a 5% decrease in FY26 US debit volumes at 30bps net revenue yield (above current corporate average) would result in a LSD net revenue impact. Furthermore, investors are likely also concerned with any business practice changes that may result in lower growth potential, including a higher uptake of A2A payments over the long-term.

- **Rebates & Incentives:** The DOJ contends that V utilizes incentives to pay for volumes, and in return charges higher 'rack-rate' pricing if certain volume tiers are not met. When combined with cliff-pricing (must meet a certain volume tier in order to get a discount on all of the transactions in a period, vs. a tiered progression), this may make it hard for PIN-debit networks to offset any potential benefit to the merchant from lower transaction costs and also the lost incentives. Our checks suggest that volume-based pricing in itself is lawful and occurs across many industries.

- **Relief Sought:** Potential remedies sought by the DOJ include: **1)** not bundling credit and debit incentives; **2)** eliminating cliff pricing; **3)** not referencing rivals in contracts; **4)** not imposing extra fees on transactions routed over non-Visa networks; **5)** not restricting the number of 'back of card' networks; **6)** stopping

**September 24, 2024**

**Rating:**
Outperform
**Price:**
$272.78
**Price Target:**
$320
**% Upside:**
17.3%

Source: FactSet, Wolfe Research
Priced as of 09/24/24



**Darrin Peller**
dpeller@wolferesearch.com
(646) 582-9310
View Darrin's Research
View V Model
View Comp Table

**Daniel Krebs**
dkrebs@wolferesearch.com
(646) 582-9312

**Scott Wurtzel**
swurtzel@wolferesearch.com
(646) 582-9313

**Andrew Estes**
aestes@wolferesearch.com

**Will Vu**
wvu@wolferesearch.com

---

This report is limited solely for Wolfe Research's clients. Please see analyst certifications and important disclosures beginning on page 4.

Please help us protect your advantage...
**DO NOT FORWARD**

non-compete clauses with partners; and **7)** not imposing limitations of partners utilizing other rails or adopting new technology.

- See **page two** for further discussion from the complaint on non-competes & deal-structures.

**Please help us protect your advantage...**
**DO NOT FORWARD**

# WOLFE
## R E S E A R C H

- **Non-Competes:** The lawsuit alleges that V conducted numerous deals in order to ensure that potential competitive products were underdeveloped - citing references to PYPL, SQ, & AAPL that disincentivized the development of other funding mechanisms & A2A products in favor of Visa debit. Additionally, the DOJ alleges that V would effectively pay issuers to not enable PIN-less debit capabilities, and limited the number of unaffiliated 'back of card' networks in order to retain volumes.

Please help us protect your advantage...
**DO NOT FORWARD**

![Wolfe Research logo](W🌐LFE RESEARCH)

September 24, 2024

# DISCLOSURE SECTION

<u>Analyst Certification:</u>

The various Wolfe Research, LLC analysts who are primarily responsible for this research report certify that (i) the recommendations and opinions expressed in this research report accurately reflect the research analysts' personal views about the subject securities or issuers and (ii) no part of the research analysts' compensation was, is or will be directly or indirectly related to the specific recommendations or views contained in this report.

<u>Important Disclosures:</u>

**Price Chart(s) with Ratings and Target Price History**





Please help us protect your advantage...
**DO NOT FORWARD**

# W🌐LFE
### R E S E A R C H

**September 24, 2024**



**Wolfe Research, LLC Fundamental Valuation Methodology:**

| Company: | Fundamental Valuation Methodology: |
| --- | --- |
| Visa, Inc. | Our PT of $320 applies a ~25x multiple on our CY26E EPS of $12.65. |
| Mastercard Incorporated | Our PT of $540 reflects ~27-28x our CY26E EPS of $19.60. |
| Visa, Inc. | Our PT of $320 applies a ~25x multiple on our CY26E EPS of $12.65. |

**Wolfe Research, LLC Fundamental Recommendation, Rating and Target Price Risks:**

| Company: | Risks That May Impede Achievement of the Recommendation, Rating or Target Price: |
| --- | --- |
| Visa, Inc. | Downside Risk: Key risks to Vs stock reaching our price target over the course of the next 12 months include: slower than expected cross-border recovery, disintermediation risk from new tech and entrants, litigation based risk, regulatory risk, and macroeconomic risk. |
| Mastercard Incorporated | Downside Risk: Key risks to MAs stock reaching our price target over the course of the next 12 months include: slower than expected return of cross-border travel, disintermediation from newer tech and entrants, litigation based risk, regulatory risk, and macroeconomic risk. |
| Visa, Inc. | Downside Risk: Key risks to Vs stock reaching our price target over the course of the next 12 months include: slower than expected cross-border recovery, disintermediation risk from new tech and entrants, litigation based risk, regulatory risk, and macroeconomic risk. |

**Wolfe Research, LLC Research Disclosures:**

| Company: | Research Disclosures: |
| --- | --- |
| Visa, Inc. | None |
| Mastercard Incorporated | None |
| Visa, Inc. | None |

*Please help us protect your advantage...*
**DO NOT FORWARD**

**WOLFE RESEARCH**

September 24, 2024

**Other Disclosures:**

**Wolfe Research, LLC Fundamental Stock Ratings Key:**

| | |
|---|---|
| Outperform (OP): | The security is projected to outperform analyst's industry coverage universe over the next 12 months. |
| Peer Perform (PP): | The security is projected to perform approximately in line with analyst's industry coverage universe over the next 12 months. |
| Underperform (UP): | The security is projected to underperform analyst's industry coverage universe over the next 12 months. |

Wolfe Research, LLC does not assign target prices for Peer Perform rated companies.

Wolfe Research, LLC uses a relative rating system using the terms Outperform, Peer Perform, and Underperform as per the definitions above. Please carefully read these definitions used in Wolfe Research, LLC research. In addition, since Wolfe Research, LLC research contains more complete information concerning the analyst's views, please carefully read Wolfe Research, LLC research in its entirety and do not infer the contents from the ratings alone. In all cases, ratings (or research) should not be used or relied upon as investment advice and any investment decisions should be based upon individual circumstances and other considerations.

**Wolfe Research, LLC Industry Weighting System:**

| | |
|---|---|
| Market Overweight (MO): | Expect the industry to outperform the primary market index for the region (S&P 500 in the U.S.) by at least 10% over the next 12 months. |
| Market Weight (MW): | Expect the industry to perform approximately in line with the primary market index for the region (S&P 500 in the U.S.) over the next 12 months. |
| Market Underweight (MU): | Expect the industry to underperform the primary market index for the region (S&P 500 in the U.S.) by at least 10% over the next 12 months. |

**Wolfe Research, LLC Distribution of Fundamental Stock Ratings (As of September 24, 2024):**

| | | |
|---|---|---|
| Outperform: | 46% | 4% Investment Banking Clients within the previous 12 months |
| Peer Perform: | 47% | 3% Investment Banking Clients within the previous 12 months |
| Underperform: | 7% | 0% Investment Banking Clients within the previous 12 months |

**Other Disclosures:**

Wolfe Research, LLC does not assign ratings of Buy, Hold, or Sell to the stocks it covers. Outperform, Peer Perform, and Underperform are not the respective equivalents of Buy, Hold, and Sell but represent relative weightings as defined above. To satisfy regulatory requirements, Outperform has been designated to correspond with Buy, Peer Perform has been designated to correspond with Hold, and Underperform has been designated to correspond with Sell.

Wolfe Research Securities and Wolfe Research, LLC have adopted the use of Wolfe Research and The Wolfe Daily Howl as brand names. Wolfe Research Securities, a member of FINRA (www.finra.org) and the National Futures Association, is the broker-dealer affiliate of Wolfe Research, LLC. Wolfe Research Advisors, LLC is an SEC registered Investment Adviser affiliate of Wolfe Research, LLC. The Research Department of Wolfe Research, LLC produces and distributes research to clients of Wolfe Research, LLC, Wolfe Research Advisors, LLC, and Wolfe Research Securities. Any analysts publishing these reports are associated with Wolfe Research, LLC, Wolfe Research Advisors, LLC, and Wolfe Research Securities.

# WOLFE
## R E S E A R C H

**September 24, 2024**

The Wolfe Daily Howl, Monthly Controversies Report, and The Highlight Note are subscription-based products for Institutional investor subscribers only and are products of Wolfe Research, LLC. The Wolfe Daily Howl may contain previously published research which have been repackaged for Wolfe Daily Howl subscribers. Wolfe Research, LLC, its affiliates, officers, directors, employees, and agents will not be liable for any investment decisions made or actions taken by you or others based on any news, information, opinion, or any other material published through this service.

The content of this report is to be used solely for informational purposes and should not be regarded as an offer, or a solicitation of an offer, to buy or sell a security, financial instrument or service discussed herein or to participate in any particular trading strategy in any jurisdiction. Opinions and information in this communication constitutes the current judgment of the authors as of the date and time of this report and are subject to change without notice. Information herein is believed to be reliable based upon publicly available data but Wolfe Research, LLC, and its affiliates, including but not limited to Wolfe Research Securities and Wolfe Research Advisors, LLC, make no representation that it is complete or accurate. The information provided in this communication is not designed to replace a recipient's own decision-making processes for assessing a proposed transaction or investment involving a financial instrument discussed herein. Recipients are encouraged to seek financial advice from their financial advisor regarding the appropriateness of investing in a security or financial instrument referred to in this report and should understand that statements regarding the future performance of the financial instruments or the securities referenced herein may not be realized. Past performance is not indicative of future results. This report is not intended for distribution to, or use by, any person or entity in any location where such distribution or use would be contrary to applicable law, or which would subject Wolfe Research, LLC, or any of its affiliates to any registration requirement within such location. For additional important disclosures, please see https://www.WolfeResearch.com/Disclosures.

The views expressed in Wolfe Research, LLC research reports with regard to sectors and/or specific companies may from time to time be inconsistent with the views implied by inclusion of those sectors and companies in other Wolfe Research, LLC analysts' research reports and modeling screens. Wolfe Research, LLC communicates with clients across a variety of mediums of the clients' choosing including emails, voice blasts, and electronic publication to our proprietary website. Facts and views in Wolfe Research, LLC research reports and notes have not been reviewed by, and may not reflect, information known to, professionals in other Wolfe Research, LLC affiliates or business areas, including investment banking personnel.

Copyright © Wolfe Research, LLC 2024. All rights reserved. All material presented in this document, unless specifically indicated otherwise, is under copyright to Wolfe Research, LLC. None of the material, nor its content, nor any copy of it, may be altered in any way, or transmitted to or distributed to any other party, without the prior express written permission of Wolfe Research, LLC.

This report is limited for the sole use of clients of Wolfe Research, LLC, Wolfe Research Securities and Wolfe Research Advisors, LLC which have been given permission prior to such use. Any distribution of the content produced by Wolfe Research, LLC will violate the understanding of the terms of our relationship.