# Exhibit 9



Member FINRA/SIPC

**September 24, 2024**

**Dominick Gabriele**
202.540.7395
dgabriele@compasspointllc.com

# Payment Technology                     Flash Note
## Visa Inc. (V – $272.78)
**Buy - Price Target: $319.00**

# Failed to Gain US Debit Market Share Since 1960? Blame Visa

Today, the DOJ released a complaint alleging Visa is in violation of Sections One and Two of the Sherman Act, with four specific claims trying to support Visa is anticompetitive and is a monopoly in the US debit card present (CP) and card not present (CNP) market. There is no doubt V has significant market share in US debit, but this is the culmination of over 60 years of unique positioning, innovation and partnerships. We expect Visa to fight these allegations and this litigation could take years to resolve given the sweeping nature of the claims. Should V eventually have to alter their contracts and incentive structure (we do not know if the allegations are true), their US debit market share could come under pressure with MA, FIS and FI clear beneficiaries. MA would likely come under the DOJ microscope next (~25% market share). Contrary to what investors may feel at this moment, we recommend buying V's stock on today's pullback given the timetable for resolution is unknown and likely counted in years. During this time investors are more likely to refocus on the fundamentals.

The complaint alleges Visa performed widespread tactics across partners, competitors and contracts to limit technology development that would compete with V's debit rails or hamper various PIN/PINless debit networks to obtain volumes. The DOJ pointed out that it is up to the card issuer (not Visa) to decide which alternative networks are on cards competing with Visa and neither is the decision on where to rout a transaction up to Visa. The DOJ effectively blames V for PYPL, SQ, AAPL and other alternative debit network's market decisions to partner with Visa vs. building their own debit replacement networks. FinTechs have to ask themselves a question: "should we waste money trying to recreate back office V capabilities or focus on our core customer-facing technology innovation?" Many chose to partner with Visa. We would argue debit is actively competing against every other payment type and the consumer decides what method is preferable in a specific situation. P2P/ACA in many cases has no claw back for fraudulent or mistaken transfers, perhaps consumers want the security of Visa debit cards (which the DOJ stated was better than PIN debit peers) while using P2P for small transfers to known entities. According to the complaint, V is allegedly structuring punitive contracts with partners to obtain more volumes. For other technology platforms, customers are rewarded with discounts as they use more products or fully utilize the platform, and in our opinion, this is normal and if you don't hold your end of the bargain you get penalized, that's life.

The DOJ is also claiming V has monopolistic pricing power given that Visa started charging merchant acquirers a Fixed Acquirer Network Fee (FANF) in 2012. We think it is more likely that V is charging to help pay for innovation that their user base enjoys. Moreover, it is completely normal to adjust pricing periodically for the companies we cover in payments, not just Visa. Visa has bundled fees for their value added services that are charged to merchants. These likely include many additional benefits such as cybersecurity and fraud prevention. Tech companies price for value and services they provide. V has been expanding their capabilities (which costs them money) and we think they should be compensated by those using their products. The DOJ wants to end cross-selling debit with credit because they believe this gives V an unfair advantage vs. other market participants. Cross-sell is key to the success of any business in order to maintain or grow market share. Claims for relief listed below.

**First Claim for Relief:** Monopolization of the Markets for General Purpose Debit Network Services and General Purpose Card-Not-Present Debit Network Services in the United States in Violation of Sherman Act § 2.

*See Important Disclosures on page 5 of this report.*

**Second Claim for Relief:** Attempted Monopolization of the Markets for General Purpose Debit Network Services and General Purpose Debit Card- Not-Present Debit Network Services in the United States in Violation of Sherman Act § 2.

**Third Claim for Relief:** Unlawful Agreements Not to Compete in Violation of Sherman Act § 1.

**Fourth Claim for Relief:** Unlawful Agreements that Restrain Trade in Violation of Sherman Act s1.

# Company Description

Visa, Inc. engages in the provision of digital payment services. It also facilitates global commerce through the transfer of value and information among a global network of consumers, merchants, financial institutions, businesses, strategic partners, and government entities. It offers debit cards, credit cards, prepaid products, commercial payment solutions, and global automated teller machines. The company was founded by Dee Hock in 1958 and is headquartered in San Francisco, CA.

# Valuation

Our price target of $319 is based on a P/E NTM multiple of 28.6x on our 2025FY EPS of $11.16 representing 18.5% upside and a total return of ~20%. The 28.6x P/E NTM multiple represents 170% of the S&P500 EW index P/E NTM multiple. P/E NTM multiple has traded between 25x and 35x since 2018.

# Risks

**Regulatory Risks**

**Subject to complex and evolving global regulations that could harm business and financial results.** Subject to complex and evolving regulations that govern operations. May have difficulty adjusting product offerings, services, fees and other aspects of V's business to comply with the regulations.

**Fees being regulated by local governments**

**Legislative/Third-party Risks**

**Government-imposed obligations and/or restrictions on international payments systems may prevent V from competing against providers in certain countries, including significant markets such as China and India.** Due to inability to manage the end-to-end processing of transactions for cards in certain countries, V depends on relationships with clients or third-party service providers to ensure transactions are processed effectively.

**Laws and regulations regarding the handling of personal data and information may impede services or result in increased costs, legal claims, or fines**. Legal requirements applicable to the collection, storage, handling, use, disclosure, transfer, and security of personal data continue to evolve. V is subject to an increase of privacy and data protection requirements around the world.

**Litigation Risks**

**May be adversely affected by the outcome of litigation or investigations.** V is involved in numerous litigation matters, brought forth by civil litigants, governments, and enforcement bodies investigating or alleging violations of competition and antitrust law, consumer protection law, privacy law and intellectual property law.

**Competition Risk**

**Faces intense competition in their industry.** The global payments space is intensely competitive. As technology evolves and consumer expectations change, new competitors or methods of payment emerge, and existing clients and competitors assume different roles.

**Third-party Risk**

**Depends on relationships with financial institutions, acquirers, processors, merchants, payment facilitators, ecommerce platforms, fintechs and other third parties.** Financial conditions could be dependent on clients and third parties, including network partners, vendors and suppliers, to facilitate transactions properly.

**Market/Political Risk**

**Global economic, political, market, health and social events or conditions may harm business.** More than half of net revenues are earned outside the U.S. International cross-border transaction revenues represent a significant part of V's revenue and important to their growth strategy.

**Liquidity Risk**

Compass Point Research & Trading, LLC

**4**

**Indemnification obligation to fund settlement losses of clients may cause exposure to significant risk of loss and may reduce liquidity.** Changes in the credit standing of clients or settlement failures involving more than one of V's largest clients, and/or several smaller clients, or systemic operational failures could cause exposure to liquidity risk.

**Cyber Security Risk**

**Failure to anticipate, adapt to, or keep pace with, new technologies in the payments industry could harm business and impact future growth.** If V or its partners fail to adapt with new technologies in the payments space, it could harm the ability to compete, decrease the value of products and services, and overall harm business and impact future growth.

**Business Risks**

**Revenues and profits are dependent on clients and merchant base, which may be costly to win, retain and develop.** V's financial institution clients and merchants can reassess their commitments with them at any time or develop their own competitive services.

**May not achieve the anticipated benefits of acquisitions, joint ventures or strategic investments, and may face risks and uncertainties as a result.** V notes that some of these risks include greater than expected investment of resources or operating expenses, failure to integrate acquired entities or joint ventures, and failure to obtain the necessary government or other approvals.

**May be unable to attract, hire and retain a highly qualified and diverse workforce, including key management.** The talents and efforts of employees, particularly key management, are vital to the success of the business.

**The conversions of class B and class C common stock or series** A, B and C preferred stock into shares of class A common stock would result in voting dilution and could impact the market price of existing class A common stock.

**Consumer spending could slow**

**Cyber hacking risk for credibility of security.**

Dominick Gabriele | 202.540.7395 | dgabriele@compasspointllc.com

# Important Disclosures

<u>Analyst Certification</u>

I, Dominick Gabriele, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject securities or issues. I further certify that I have not received direct or indirect compensation in exchange for expressing specific recommendations or views in this report.

| Coverage Universe | | | Investment Banking Relationships | | |
|---|---|---|---|---|---|
| Rating | Number | Percent | Rating | Number | Percent |
| Buy | 74 | 63 | Buy | 27 | 36 |
| Neutral | 39 | 33 | Neutral | 11 | 28 |
| Sell | 4 | 3 | Sell | 0 | 0 |
| Total | 117 | 100% | Total | 38 | 100% |

*Percentage of Investment Banking Clients in Coverage Universe by Rating

**Rating and Price Target History for: Visa Inc. (V) as of 09-23-2024**



Created by: BlueMatrix

<u>Ownership and Material Conflicts of Interest</u>

**Ratings, Coverage Groups, and Views and Related Definitions**

The information and rating included in this report represent the long-term view as described more fully below. The analyst may have different views regarding short-term trading strategies with respect to the stocks covered by the rating, options on such stocks, and/or other securities or financial instruments issued by the subject company(ies). Our brokers and analysts may make recommendations to their clients that are contrary to the recommendations contained in this research report. Such recommendations or investment decisions are based on the particular investment strategies, risk tolerances, and other investment factors of that particular client or affiliate. From time to time, Compass Point and its respective directors, officers, employees, or members of their immediate families may have a long or short position in the securities or other financial instruments mentioned in this report.

<u>Stock Ratings System:</u>

Buy (B): We expect the stock to outperform its peers on a risk adjusted basis over the next 12 months.

Neutral (N): We expect the stock to perform in line with its peers on a risk adjusted basis over the next 12 months.

Sell (S): We expect the stock to underperform its peers on a risk adjusted basis over the next 12 months.

Not Rated (NR): No rating at this time. Rating Suspended (RS): Compass Point Research has suspended the investment rating and price target for this stock, because there is not a sufficient fundamental basis for determining an investment rating or target. The previous investment rating and price Compass Point has suspended coverage of this company. Not Covered (NC): Compass Point does not cover

this company. Not Available or Not Applicable (NA): The information is not available for display or is not applicable. Not Meaningful (NM): The information is not meaningful and is therefore excluded.

**Global Disclaimer**

The analyst(s) named in the certification above receives compensation based upon various factors, including, but not limited to, the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues, which include revenues generated by Compass Point Research & Trading, LLC's investment banking activities.

This report is based upon public information that Compass Point Research & Trading, LLC and the analyst named in the attestation above assume to be correct.

Assumptions, opinions, forecasts, and estimates constitute the analyst's judgment as of the date of this material and are subject to change without notice. The analyst's judgments may be wrong.

Neither Compass Point Research & Trading, LLC nor its affiliates, nor the analyst, are responsible for any errors, omissions, or results obtained from the use of this information.

Past performance is not necessarily indicative of future results.

The securities and/or financial instruments mentioned in this report, and the trading strategies related thereto, may not be suitable for all investors. You must consider your specific investment goals and objectives prior to transacting in any security or financial instrument. Consult with your financial advisor before making any transactions or investments.

© Compass Point Research & Trading, LLC 2024. All rights reserved. Reproduction or quotation in whole or part without permission is forbidden.

This report constitutes a compendium report (covers six or more subject companies). As such, Compass Point Research & Trading, LLC, chooses to provide certain disclosures for the subject companies by reference. To access such disclosures, clients may email a request to research@compasspointllc.com , or may write the Compass Point Research & Trading, LLC Research Department at Compass Point Research & Trading, LLC, 1055 Thomas Jefferson Street NW, Suite 303, Washington DC, 20007. 202.540.7300