# Exhibit 17

| Corresponding Exhibit | Reporting Owner | Form 4 Filing Date | Transaction Date | Number Of Shares Sold | Proceeds | Reported Price Per Share | Date of 10b5-1 Trading Plan (if applicable) |
|---|---|---|---|---|---|---|---|
| 12 | Ryan McInerney | 7/7/2023 | 7/5/2023 | 24,025 | $ 5,766,000.00 | $ 240.00 | 2/22/2023 |
| 12 | Ryan McInerney | 8/2/2023 | 8/1/2023 | 8,150 | $ 1,956,000.00 | $ 240.00 | 2/22/2023 |
| 12 | Ryan McInerney | 9/1/2023 | 9/1/2023 | 8,150 | $ 2,016,880.00 | $ 247.47 | 2/22/2023 |
| 12 | Ryan McInerney | 10/17/2023 | 10/16/2023 | 8,150 | $ 1,956,000.00 | $ 240.00 | 2/22/2023 |
| 12 | Ryan McInerney | 11/3/2023 | 11/2/2023 | 8,150 | $ 1,956,000.00 | $ 240.00 | 2/22/2023 |
| 12 | Ryan McInerney | 12/4/2023 | 12/1/2023 | 8,150 | $ 2,084,690.00 | $ 255.79 | 2/22/2023 |
| 12 | Ryan McInerney | 1/3/2024 | 1/2/2024 | 8,150 | $ 2,115,820.00 | $ 259.61 | 2/22/2023 |
| 12 | Ryan McInerney | 2/5/2024 | 2/1/2024 | 8,150 | $ 2,228,130.00 | $ 273.39 | 2/22/2023 |
| 12 | Ryan McInerney | 3/4/2024 | 3/1/2024 | 8,150 | $ 2,308,080.00 | $ 283.20 | 2/22/2023 |
| 12 | Ryan McInerney | 4/1/2024 | 4/1/2024 | 8,200 | $ 2,298,950.00 | $ 280.36 | 2/22/2023 |
| 12 | Ryan McInerney | 8/30/2024 | 8/29/2024 | 8,620 | $ 2,370,500.00 | $ 275.00 | 4/25/2024 |
| 12 | Ryan McInerney | 9/4/2024 | 9/3/2024 | 8,620 | $ 2,382,310.00 | $ 276.37 | 4/25/2024 |
| 13 | Peter Andreski | 2/8/2024 | 2/7/2024 | 2,615 | $ 729,282.00 | $ 278.88 | |
| 14 | Alfred Kelly Jr. | 3/8/2023 | 3/6/2023 | 58,000 | $ 12,991,300.00 | $ 223.99 | |
| 14 | Alfred Kelly Jr. | 11/2/2023 | 11/1/2023 | 40,000 | $ 9,445,600.00 | $ 236.14 | |
| 15 | Vasant Prabhu | 5/1/2023 | 4/27/2023 | 19,422 | $ 4,448,350.00 | $ 229.04 | |
| 15 | Vasant Prabhu | 5/1/2023 | 4/28/2023 | 40,000 | $ 9,254,580.00 | $ 231.37 | |
| 15 | Vasant Prabhu | 5/1/2023 | 5/1/2023 | 13,343 | $ 3,125,780.00 | $ 234.26 | |
| 16 | Paul Fabara | 5/15/2024 | 5/15/2024 | 25,293 | $ 7,009,960.00 | $ 277.15 | 2/13/2024 |