MARK R.S. FOSTER (SBN 223682)
mark.foster@skadden.com
BONIFACIO C. SISON (SBN 335484)
bonifacio.sison@skadden.com
MADISON M. FLOWERS (SBN 345759)
madison.flowers@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

*Attorneys for Defendants*
*Visa Inc., Ryan McInerney,*
*Chris Suh, Vasant Prabhu, Alfred F. Kelly, Jr.,*
*Peter Andreski, Oliver Jenkyn, and Jack Forestell*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| BEIBEI CAI, Individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>VISA INC., RYAN MCINERNEY, CHRIS SUH, VASANT PRABHU, ALFRED F. KELLY, JR., PETER ANDRESKI, OLIVER JENKYN, and JACK FORESTELL,<br><br>　　　　　　　Defendants. | Case No. 5:24-cv-08220-NW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>Date:　　　April 29, 2026<br>Time:　　　9:00 a.m.<br>Court:　　 Courtroom 3, 5th Floor<br>Judge:　　 Hon. Noël Wise |

[PROPOSED] ORDER RE: REQUEST FOR JUDICIAL NOTICE　　　Case No. 5:24-cv-08220-NW

**[PROPOSED] ORDER**

This Court, having considered Defendant's Request for Judicial Notice and all papers filed in support thereof, and the argument of counsel, and good cause appearing, hereby GRANTS the Request in its entirety.

**IT IS HEREBY ORDERED THAT** Defendant's Request for Judicial Notice in Support of Motion to Dismiss is **GRANTED.**

Dated:_____, 2026        _____

Honorable Noël Wise
United States District Judge

2