United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEIBEI CAI,

        Plaintiff,

    v.

VISA INC., et al.,

        Defendants.

Case No. 24-cv-08220-NW

**JUDGMENT**

On June 29, 2026, the Court granted Defendants' motion to dismiss and dismissed Plaintiffs' complaint without leave to amend. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants Visa Inc., Ryan McInerney, Chris Suh, Vasant Prabhu, Alfred F. Kelly, Jr., Peter Andreski, Oliver Jenkyn, and Jack Forestell and against Plaintiffs. The Clerk of Court shall close the file in this matter.

    **IT IS SO ORDERED.**

Dated: June 29, 2026

_____

Noël Wise
United States District Judge